**EXHIBIT A**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

James Freed [search box]

Philip | Home | Create | 1

# James Freed
@JamesRFreed1

- Home
- Posts
- Twitter
- **About**
- Videos
- Photos
- Community

Create a Page

Like | Follow | Share

## About

### HOURS
🕒 Always Open

### PAGE INFO
🚩 Born on March 9, 1985

### CONTACT INFO
✉️ communitycomments@porthuron.org

🌐 http://www.porthuron.org

🐦 jamesfreed

📷 jamesfreed1

### MORE INFO

ℹ️ **Hometown**
Port Huron, MI

ℹ️ **About**
Daddy to Lucy, Husband to Jessie and City Manager, Chief Administrative Officer for the citizens of Port Huron, MI.

ℹ️ **Biography**
Under the City Charter Mr. Freed serves as City Manager, Chief Administrative Officer for the City of Port Huron, MI

At the direction of the Mayor and City Cou... See More

ℹ️ **Political views**
Conservative

🏆 **Awards**
Crains Detroit Business 40 Under 40 (2016), 2018 Outstanding Young Michigander Award Presented by the Michigan Chamber Foundation and JCI Michigan, Dr. Martin L... See More

ℹ️ **Religious Views**
Christian

Public Figure

About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices | Terms | Help

Facebook © 2020

English (US) | Español | Français (France) | 中文(简体) | العربية | Português (Brasil) | Italiano | 한국어 | Deutsch | हिन्दी | 日本語