

EXHIBIT

# B

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Search



Philip | Home | Create

Like | Follow | Share

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page



**James Freed**
1 hr ·

They Mayor and Council took swift action to affirm Administrative Directives halting water shutoff's, delaying income tax deadlines, creating drive-thru lanes for downtown businesses and the deployment of comprehensive mitigation measure for City operations. If need be, we will utilize new technology to host virtual public meetings that will include public input and observation.

https://www.thetimesherald.com/.../local-gov-meet.../2903310001/



THETIMESHERALD.COM
**Local gov. gets creative to hold public meetings, or cancels them, amid coronavirus outbreak**

| 2 | 2 Shares |

Like | Comment | Share

Write a comment...



**James Freed**
2 hrs ·

COVID-19 Briefing 3/24/20

Search



Search     Philip    Home    Create





**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

---

**COUNTY OF ST. CLAIR**

ST. CLAIR COUNTY
HEALTH DEPARTMENT
Our Community, Our Environment.

DATE: MARCH 24, 2020
TIME: 4:00pm

FOR MORE INFORMATION CONTACT:
Jennifer Michaluk, PIO/Media Spokesperson
Joint Information Center
(810) 662-8246
publicrelation@stclaircounty.org

St. Clair County Joint Information Center Media Release
St. Clair County – COVID-19 Daily Update #6

Overall Confirmed COVID-19 Cases by State and County

Michigan is reporting 1,791 confirmed cases, including 24 deaths.  St. Clair County remains at eight (8) confirmed cases. St. Clair County Health Department is monitoring 33 people under investigation and monitoring 59 people which includes travelers and contacts to suspect and confirmed cases.

Addressing Common Community Concerns

1. For more information regarding whether you are considered an essential worker or not, first ask your employer.  Some employers may also provide letters for essential employees.  If you receive a letter, keep it in your vehicle however, people will not be stopped by law enforcement to provide proof.  For guidance on essential workforce, visit, www.cisa.gov or e-mail  CISA.CAT@cisa.dhs.gov .

2. Due to the heavy volume of testing, results may not be available for 10 business days or longer. Results can be obtained from the testing facility.  The St. Clair County Health Department does not have access to all of the results.

For further information visit: cdc.gov/coronavirus; Michigan.gov/coronavirus; or scchealth.co.  A general St. Clair County COVID-19 Informational Hotline is available Monday through Friday, (810) 966-4163, 8:00am-4:30pm or email questions to covid19@stclaircounty.org. The State of Michigan hotline is 1-888-535-6136 and is operational daily 8:00am – 5:00pm or email questions to COVID19@michigan.gov.

##END##

---

6                                        3 Comments  8 Shares

Like            Comment            Share

Most Relevant

 Write a comment...

 **Dennis D Smith** Mr Freed , people need to be wearing face mask to their regular shopping , but none are available. All clerks also need to be wearing face masks if we are going to win this. Please help. Thank you

Like · Reply · 59m

 **Blair Kellerman** So even if you get tested by some miracle the results take up to 10 days? Why bother!?

Like · Reply · 1h

View 1 more comment

 **James Freed**
3 hrs ·

I feel like such a fool for ever buying store bought toys. All she wanted was big boxes. Hope everyone is making the most of family time! Stay home. Stay safe. Save lives!



Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search

Search |  Philip  Home  Create





49                                13 Comments  1 Share

Like              Comment              Share  

**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Most Relevant

  Write a comment...

  **Shelly Darling** Household items pacify my little guy...spatulas, measuring cups, spoons...less is more in our household!

Like · Reply · 3h                                          1

  **Lu Andersen** Our kids lived boxes, wooden spoons, canning jar rings and soft rubber balls. Oh the money we could have saved on all those legoes, Fischer- price and Mattel!

Like · Reply · 1h

View 11 more comments

  **James Freed**
4 hrs ·

With technology today there's really nothing I can't do from my home office that is done at my main office. Perhaps, less toddler yelling...Stay home. Stay Safe. Save lives.



18                                              1 Comment

Like              Comment              Share  

Most Relevant

  Write a comment...

  **Kris L Cantwell**

Like · Reply · 3h

  **James Freed**
21 hrs ·

Search



Search                                              Philip    Home    Create                    1



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page





Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

97                                    11 Comments

Like                Comment              Share

Most Relevant

 Write a comment...

 **April Malick** Good job it takes skills.

Like · Reply · 19h

Most Relevant is selected, so some replies may have been filtered out.

 🖋 Author
**James Freed** April Malick, the key part is lowering into the
crib with pacy and blanky position undisturbed.

Like · Reply · 19h

View 1 more reply

 **Michelle Gosger Caldwell** It's truly an art form, isn't it!

Like · Reply · 20h

1 Reply

View 5 more comments

 **James Freed**
Yesterday at 4:31 PM · 🌐

COVID-19 Briefing 3/23/20



Search                                    Philip   Home   Create





**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

**COUNTY OF ST. CLAIR**

ST. CLAIR COUNTY
**HEALTH DEPARTMENT**
*Our Community, Our Environment*

**St. Clair County Joint Information Center Media Release**

☐ Information    ☐ Advisory    ☐ Warning    ☒ Update

DATE: MARCH 23, 2020
TIME: 4:00pm

**FOR MORE INFORMATION CONTACT:**
Jennifer Michaluk, PIO/Media Spokesperson
Joint Information Center
(810) 662-8246
publicrelation@stclaircounty.org

**St. Clair County – COVID-19 Daily Media Update #5**

As of 3-23-20 at 4:00pm, the State of Michigan is reporting 1,328 confirmed cases, including 15 deaths. St. Clair County is now reporting eight (8) confirmed cases. The new case is a 68 y/o male, hospitalized, with no travel history. St. Clair County Health Department is monitoring 35 suspect cases and monitoring 63 people which includes travelers and contacts to suspect and confirmed cases.

Justin Westmiller, St. Clair County Homeland Security and Emergency Management Director stated, "It is extremely important that our community heed the governor's order to "stay at home, stay safe." This will help to halt the transmission of COVID-19 and allow everyone to return to a normal way of life much sooner. Essential workers are still needed for the health, safety and security of our county.

The St. Clair County Emergency Operations Center (EOC) continues interagency coordination, information sharing, decision making and response planning efforts. The EOC will remain active throughout the COVID-19 public health emergency.

For further information visit: cdc.gov/coronavirus; Michigan.gov/coronavirus; or scchealth.co. A general St. Clair County COVID-19 Informational Hotline is available Monday through Friday, (810) 966-4163, 8:00am-4:30pm or email questions to covid19@stclaircounty.org. The State of Michigan hotline is 1-888-535-6136 and is operational daily 8:00am – 5:00pm or email questions to COVID19@michigan.gov.

**##END##**

5                                                    7 Shares

Like              Comment              Share              

   Write a comment...

   **James Freed**
Yesterday at 3:17 PM ·

Based on guidance from healthcare experts we have closed the playgrounds at our City parks. This is not something we take lightly. Stay home. Stay safe. Save lives.

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search



Search    Philip    Home    Create    1



James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page



56                    1 Comment  24 Shares

Like          Comment          Share

Most Relevant

 Write a comment...

 **Jenny Wallis Houck** Good evening **James Freed**. I was wondering where you got the sign from. We're thinking of adding one to our subdivision park in Shorewood Forrest in Fort Gratiot. Thank you!

Like · Reply · 1d · Edited

 **James Freed**
March 22 at 5:04 PM ·

Today, I held another virtual department head meeting with senior leadership. Although we are working apart, we are still working together to ensure Police, Fire, Water, Sewer, Parks and other essential services continue to be delivered.



32                                3 Comments

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search



Search

Philip    Home    Create



## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

---

Most Relevant

Write a comment...

**James Freed**
March 22 at 4:11 PM ·

COVID-19 Briefing 3/22/20



23                    4 Comments  40 Shares

Like        Comment        Share    

Most Relevant

Write a comment...



👑 Top Fan
**Heather Fitzpatrick** Ohio is on lockdown starting Monday night thru
April 6th. Only essential businesses will be open. All others are to
stay home.

Like · Reply · 2d · Edited                    1



**Nicole Ciganik** Thank you for showing confirmed AND suspected
numbers. This makes it much more "real" to people. Valid data goes
along way!

Like · Reply · 2d                    3

View 2 more comments



**James Freed**
March 21 at 8:14 PM ·

I don't normally post things my crazy parents do, but this one I will. Be sure
to help your neighbors everyone! We are in this together. It's what makes
Michigan great.



Search for posts on this P

English (US) · Español · Português
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
Cookies · More
Facebook © 2020

Search



Search

Philip   Home   Create



My name is Bud Freed. I wanted to help my neighbors during this time of the Corona Virus Quarantine. I didn't know what I could do, but I got an idea. I am fortunate that I work outside of homes, I service. I'm out and about all day. If you need me to pick something up for you, just put a list of items you need under the bottle and place it on your porch. Give me a call and let me know it's there. I'll get your items and leave them on the porch. That simple. Don't drink the Coke until you can celebrate when this whole thing is over. Better yet, come over and we'll celebrate together. Keep well!

Bud and Jane Freed

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

245                    22 Comments  6 Shares

Like          Comment          Share     

Most Relevant

Write a comment...

 **Debbie Franklin Luff** I love your parents and they are always kind and also a little crazy just like Allen and I. Good job Bud and Jane!

Like · Reply · 2d

 **Carol Warwick** Not crazy at all...very kind, inventive and generous!

Like · Reply · 1d

View 20 more comments

 **James Freed**
March 21 at 5:21 PM ·

COVID-19 Briefing 3/21/20

Search

Search    Philip    Home    Create



James Freed
@JamesRFreed1

Home
**Posts**
Twitter
About
Videos
Photos
Community

Create a Page



**COUNTY OF ST. CLAIR**

ST. CLAIR COUNTY
**HEALTH DEPARTMENT**
Our Community, Our Environment

**St. Clair County Joint Information Center Media Release**

☐ Information    ☐ Advisory    ☐ Warning    ☒ Update

DATE: MARCH 21, 2020
TIME: 4:45pm

**FOR MORE INFORMATION CONTACT:**
Jennifer Michaluk, Media Spokesperson
Joint Information Center
(810)662-8246
publicrelation@stclaircounty.org

**St. Clair County – COVID-19 Daily Media Update #3**

Daily updates on St. Clair County COVID-19 information. As of 3-21-20 at 4:00pm, according to the Michigan Department of Health & Human Services (MDHHS), there are 787 confirmed cases, including five deaths in Michigan.  St. Clair County remains at seven (7) confirmed cases. St. Clair County Health Department is monitoring 52 people under investigation, along with 73 of their contacts.

Dr. Annette Mercatante, Medical Health Officer at the St. Clair County Health Department stated, "We know these are uncertain times and it is important to rely on accurate sources of information. Be aware of the sources you follow, as they may not be valid. When in doubt, use recommendations put in place by the CDC, Michigan Department of Health and Human Services (MDHHS) and the St. Clair County Health Department".

For further information visit: cdc.gov/coronavirus; Michigan.gov/coronavirus; or scchealth.co.  A general St. Clair County COVID-19 Informational Hotline is available Monday through Friday, (810) 966-4163, 8:00am-4:30pm or email questions to covid19@stclaircounty.org. The State of Michigan hotline is 1-888-535-6136 and is operational daily 8:00am – 5:00pm or email questions to COVID19@michigan.gov.

**##END##**

18                                                                    9 Shares

Like              Comment              Share         

 Write a comment...

 **James Freed**
March 20 at 4:31 PM ·

COVID-19 Briefing 3/20/20

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search

Search | Philip   Home   Create



**COUNTY OF ST. CLAIR**

ST. CLAIR COUNTY
**HEALTH DEPARTMENT**
*Our Community, Our Environment*

**St. Clair County Joint Information Center Media Release**

☐ Information   ☐ Advisory   ☐ Warning   ☒ Update

**TIME:** 4:00pm

**FOR MORE INFORMATION CONTACT:**
Jennifer Michaluk, Media Spokesperson
Joint Information Center
publicrelation@stclaircounty.org

**St. Clair County – COVID-19 Daily Media Update #2**

Daily updates on St. Clair County COVID-19 information. As of 3-20-20 at 4:00pm, according to the State of Michigan, the number of confirmed coronavirus cases reaches 549 in Michigan. Three people who have died from the virus, two in Detroit and one in Wayne County. Out of those numbers, St. Clair County has a total of seven (7) confirmed positive cases reported to the St. Clair County Health Department. No additional confirmed cases. We are monitoring 51 people under investigation, along with 76 of their contacts.

Dr. Annette Mercatante, Medical Health Officer at the St. Clair County Health Department stated, "This unparalleled event is continuing to unfold and public health officials are working on all aspects. The St. Clair County Emergency Operations Center is fully operational, including partners from Emergency Management, public health, hospitals, law enforcement, Tri-hospital EMS, fire, city, county government and more working to protect the health and wellbeing of our community."

For further information visit: cdc.gov/coronavirus; Michigan.gov/coronavirus; or scchealth.co. A general COVID-19 Informational Hotline is available Monday through Friday, (810) 966-4163, 8:00am-4:30pm or email questions to covid19@stclaircounty.org. The State of Michigan hotline is 1-888-535-6136 and is operational daily 8:00am – 5:00pm or email questions to COVID19@michigan.gov.                    ##END##

---

14                                              1 Comment  9 Shares

Like          Comment          Share          

Most Relevant

 Write a comment...

 **Stacie Dimick** Something that may be helpful for tracking where/who you have been in contact with is to check your Google timeline. If you have your "location history" turned on, the Google Timeline will show where you have travelled.

Like · Reply · 3d

 **James Freed**
March 20 at 3:26 PM ·

The City of Port Huron Parks & Recreation Department is launching innovative virtual recreation programs to help keep our residents and kids active. Be sure to take advantage of this innovative programming.

---

**James Freed**
@JamesRFreed1

Home
**Posts**
Twitter
About
Videos
Photos
Community

Create a Page

Search for posts on this P

English (US) · Español · Portuguê · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

Search



Search | Philip | Home | Create



## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

PALMER PARK · 2829 ARMOUR STREET · PORT HURON, MI 48060 · FAX (810) 984-0192

For immediate release                                                    March 20, 2020

**Port Huron Recreation Department reduces social distancing through virtual recreation**

The Port Huron Recreation Department has planned a variety of fun virtual activities for families during school closings. Families can participate in all activities free of charge via the department's Facebook page "@phrec". Activities and times vary by day.

As an incentive, the Recreation Department is offering participants the opportunity to earn "REC Bucks," vouchers that can be used towards swim tokens, REC prizes and select REC programs, once the Recreation Department opens again.

"I can only imagine how challenging it is to entertain young children while having to keep them inside all day," said Nancy Winzer, Port Huron Parks & Recreation director.

A coloring activity debuts the virtual fun on Sunday, March 22 and continues until schools reopen. Port Huron Parks & Recreation staff will lead activities including song time for toddlers, virtual tours, fitness videos and even a special game of trivia with Nancy Winzer.

For more information, please visit City of Port Huron Parks & Recreation Department Facebook page (@phrec).

###

15                                                                     14 Shares

Like            Comment            Share            ●

Write a comment...


**James Freed**
March 20 at 3:08 PM ·

Today alone, 16,938 meals were served to children in our community by the hardworking food service folks at Port Huron Schools. These people are the real hero's in our community!



242                                          32 Comments  39 Shares

Like            Comment            Share            ●

Most Relevant

 Write a comment...

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search

James Freed posts

Search

Philip    Home    Create

**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

NOW... PLEASE HELP!

Like · Reply · 4d                                                    8

View 4 more replies

Author
James Freed Mary Ann Cowden we are on it.                    6

Like · Reply · 4d

View 2 more replies

Michelle Prokuda Great work! Now how about some type of meals
on wheels for out seniors and home bound ?                        1

Like · Reply · 4d

Most Relevant is selected, so some replies may have been filtered out.

Author
James Freed Michelle Prokuda we already have that in
place.                                                                             1

Like · Reply · 4d

View 1 more reply

View 20 more comments

**James Freed**
March 19 at 4:41 PM · 

COVID-19 Briefing 3/19/20

ITY OF ST. CLAIR                              OF ST. CLAIR

ST. CLAIR COUNTY
HEALTH DEPARTMENT
Our Community, Our Environment

St. Clair County Joint Information Center Media Release                                (page 2 of 2)

☐ Information    ☐ Advisory    ☐ Warning    ☒ Update

30pm
ARCH 19, 2020

RE INFORMATION CONTACT:
chaluk, Media Spokesperson
nation Center
9559
on@stclaircounty.org

**St. Clair County – COVID-19 Daily Media Update #1**

es on St. Clair County COVID-19 information. As of 3-19-20 at 4:00pm, St.
s a cumulative total of 7 confirmed positive cases reported to the St. Clair C
partment.

- #1 – 61 year old male, no travel, recovering at home
- #2 – 41 y/o female, no travel, recovering at home
- #3 – 41 y/o female, no travel, hospitalized
- #4 – 50 y/o male, international travel, recovering at home
- #5 – 72 y/o male, no travel, recovering at home
- Two cases were previously reported in a previous media release
- The Health Department is monitoring 55 people under investigation, a
80 of their contacts.
- All contacts of confirmed positives are monitored by St. Clair County H
Department staff.

s Mercatante, Medical Health Officer at the St. Clair County Health Departm
(1 of 2)

have community transmission at this time. People who feel well
contact to a positive COVID case, our staff will evaluate the si
needs testing. We are trying to preserve testing for those w
are most vulnerable, and those that are critical to our epidem
ost people will have mild symptoms and recover without event, i
chronic disease do need to avoid contact with people." In addit
tested or not, they should stay home. All sick people should stay h
out for their medications, food/supplies, or those who still need t
ful on social distancing, practicing good hand hygiene, wiping d
er preventive measures."

r, Director of the Office of Homeland Security and Emergency M
C continues to ensure full operations for the health and wellbei
ee work through this unprecedented event."

ID-19 information visit cdc.gov/coronavirus; Michigan.gov/coron
ollow the Health Department on social media @ scchdmi. A gene
is available Monday through Friday, (810) 966-4163, 8:00a
covid19@stclaircounty.org. The State of Michigan hotline is 1

##END##

30                                          6 Comments  25 Shares

Like              Comment              Share

Most Relevant

Write a comment...

**Amber Leanne** Thank you for the updates, good idea.

Like · Reply · 5d

**Amanda Jane Kisielewicz** Well that's just scary. You can basically
come contact with it the grocery store.

Like · Reply · 4d

View 3 more comments

**James Freed**
March 19 at 1:59 PM · 

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search



Search     Philip   Home   Create



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

---

COUNTY OF ST. CLAIR

ST. CLAIR COUNTY
**HEALTH DEPARTMENT**
Our Community, Our Environment.

St. Clair County Joint Information Center Media Release

☐ Information   ☐ Advisory   ☐ Warning   ☒ Update

TIME: 3:30 pm

**FOR MORE INFORMATION CONTACT:**
Jennifer Michaluk, Media Spokesperson
Joint Information Center
publicrelation@stclaircounty.org

St. Clair County COVID-19 Daily Media Updates
Begin March 19 at 4:00 pm

Beginning Thursday, March 19, at 4:00 pm, a daily media COVID-19 update will be
provided through a media release. Weekend updates will be provided as needed.

This is necessary to streamline media requests on planning and response activities,
including more accurate and thorough information such as cases or changed guidance.

These updates will also be posted on the St. Clair County Health Department website
www.scchealth.co.

#End#

---

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

---

**St. Clair County Health Department**
March 18 at 4:14 PM ·

Please see the below update from St. Clair County Joint Information Center

Like Page

9         3 Shares

Like     Comment     Share

 Write a comment...

---

 **James Freed**
March 19 at 1:35 PM ·

Mayor Repp and I have been working with the St Clair County Emergency
Operations Center as our community prepares and deploys resources to
confront the Coronavirus Emergency. Public Safety Officials are in constant
communication with the various stakeholders in the community, including our
two hospitals, EMS and Central Dispatch. We have conducted numerous
virtual briefings with various resources as we continue to navigate this crisis.

We have made available City facilities a... See More



32         5 Comments 17 Shares

---

Search

 Search                                     Philip    Home    Create



### James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

---

 Write a comment...

☆ **Top Fan**
**Pamela D Long** Thank you for staying in touch with local official's who have the information necessary to get through this awful situation. And for getting it out to those in the community. We are all trying to navigate something new and appreciate what you are doing to help. Thank you.

Like · Reply · 5d

 **Pat Patterson** James Freed In an effort to be of service and help the city during this difficult time, if there is anything you can think(outside of leading our non-profit) of where I can be of assistance, or recruit a small team to help, please let me know

Like · Reply · 5d · Edited                                    1

View 1 more comment

 **James Freed**
March 19 at 12:07 PM · 

Mayor Repp ordered some takeout for us today before a series of virtual briefings we participating in. Be sure to support our Downtown Port Huron small businesses!



85                                    30 Comments  10 Shares

Like                    Comment                    Share        

Most Relevant ▾

 Write a comment...

 **Jason Runge** How much longer will we be expected to go on working while clearly there is no control of the spread of this virus? James Freed what is the city's plan for the people who live here. Not trying to be rude just simply wanting answers. It's been proven the only way to stop spreading this is for people to stay at home yet a lot of us are still told we have to come to work.

Like · Reply · 4d                                    6

 **Jasmyn Ranay** Your city manager isn't elected. He's appointed so he isn't voted in. Also, our mayor and city council aren't paid a yearly or hourly salary. They literally make roughly 50$ per council meeting they attend. The mayor makes $60.

Like · Reply · 3d

1 Reply

View 1 more comment

 **James Freed**
March 18 at 8:56 PM · 

---

Search for posts on this P

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Cookies · More
Facebook © 2020

Search



Search    Philip    Home    Create

29:11  #ForwardTogether #PortHuron

191                           24 Comments  18 Shares

**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

Like          Comment          Share

Most Relevant

Write a comment...

**Judy Chargot** God bless you and thank you for the uplifting words!!!

Like · Reply · 5d

**Candice Turck Stoughton** I love that passage. So true with how we're living right now.

Like · Reply · 5d

View 22 more comments

**James Freed**
March 18 at 7:07 PM ·

The coronavirus outbreak is still in its early stages in our region, and there is tremendous uncertainty over how the virus will impact our community now and in the weeks and months that follow.

The Community Foundation of St. Clair County is trusted place for giving, we want to be able to provide the public a safe place to make a donation for critical and future coronavirus responses. Learn more:http://www.stclairfoundation.org/.../covid_19_thumbcoast_regi...



STCLAIRFOUNDATION.ORG
**COVID-19 Thumbcoast Regional Response Fund - News | Community Foundation**

7                                    4 Comments

Like          Comment          Share

Most Relevant

Write a comment...

**Nina Wilson Kinney** Please get a testing site set up in our area.

Like · Reply · 5d

Most Relevant is selected, so some replies may have been filtered out.

Author
**James Freed** Nina Wilson Kinney we have a drive thru at Lake Huron.

Like · Reply · 5d                                    2

View 2 more replies

**James Freed**
March 17 at 6:18 PM ·

We interrupt this global pandemic for a strong dose of cute.

Search for posts on this P

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

Search



Search

Philip   Home   Create



## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page



Search for posts on this P

English (US) · Español · Portuguê · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

198                                   17 Comments

Like            Comment            Share

Most Relevant

 Write a comment...

 **Angie Sanderson** Beautiful! What is being done for our homeless/ most vulnerable citizens? I'm so sry for putting this here. It just worries me. Meantime. Enjoy that baby! … See More

Like · Reply · 3d

 🏆 Top Fan
**Connie Moak Burdick** Get the shovel and pails we're going to the beach! Lol.



Like · Reply · 6d

View 15 more comments



Search



Search                           Philip    Home    Create



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

 **James Freed**
March 16 at 3:00 PM

We have now established drive-thru/pick-up zones throughout Downtown Port Huron so that you can continue to support your local small businesses.

Search for posts on this F

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020



325                              39 Comments   480 Shares

Like            Comment            Share            

Most Relevant

  Write a comment...

 **Lighthouse Lawn Care** What businesses are allowed to continue to work? Are we trying to keep the number of people in a business below a target number?
Like · Reply · 1w · Edited

**Kris Futryk** A great example of a community working together!
Like · Reply · 1w                                    1

View 26 more comments

 **James Freed**
March 16 at 1:55 PM ·

"When we have an at-risk population, we can't let red tape and bureaucracy get in the way. I am grateful that we have a school superintendent who blazed through and cut red tape and didn't let process get in the way of delivering results for our students."

https://www.thetimesherald.com/.../coronavirus-mi.../5057346002/

Search

 (1) James Freed - Posts

Search      Philip    Home    Create





## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

THETIMESHERALD.COM

**Coronavirus: Port Huron Schools to feed all students through pandemic**

33                                                  10 Shares

Like              Comment              Share

 Write a comment...

Search for posts on this P

English (US) · Español · Português
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

---

**James Freed**
March 16 at 12:17 PM ·

Port Huron Schools Superintendent Jamie Cain and I held a press conference to announce a meal program for EVERY child in our community. No matter what school you go to, public, charter, private or homeschool, it doesn't matter. Very proud of our schools for stepping up and taking care of our children and families who may face food insecurity.

There will be eight pickup locations and delivery for those who cannot get to the sites. Two meals a day for seven days available. That's 14 meals a week. 3,000 meals have already been delivered. We expect that demand to rise .



170                                    7 Comments  103 Shares

Like              Comment              Share

Most Relevant

 Write a comment...

Search



Search     Philip    Home    Create

you so much!

Like · Reply · 1w

**Christina Joy** Way to step up and embrace our community during such a time of uncertainty! Much respect-

Like · Reply · 1w



## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

**James Freed**
March 16 at 10:02 AM · 

Administrative Directive issued this morning regarding drive-thru/pickup lanes.



183                    26 Comments  223 Shares

Like          Comment          Share

Most Relevant

Write a comment...

 **Jay Minard** Great idea but I'm a little concerned about implementation. Could be chaotic if the intent isn't very obvious.

Like · Reply · 1w

 **Mindy Bennert-Duckworth** Thank you James for looking out for the working class

Like · Reply · 1w

View 17 more comments

 **James Freed**
March 15 at 10:27 PM · 

It's been a crazy week or so. I've learned a lot and faced decisions I never pondered I'd need to make. How quickly we realize how small our world is. Maybe we took for granted grocery shopping, seeing friends at a local pub or at church on Sunday. Perhaps we forgot how much we love each other and need each other...This uncertain time will pass, as sure as the changing of seasons. However, that appreciation of being together, fellowshipping and loving each other, lets make sure that doesn't.

635                    28 Comments  49 Shares

Like          Comment          Share

Most Relevant

Write a comment...

Search for posts on this F

English (US) · Español · Português
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search

Search                                          Philip    Home    Create                    1





**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

[ Create a Page ]

**Rachael Farquhar** Can you allow city residents to have chickens? Since eggs are hard to get in stores now.

Like · Reply · 5d                                                                    1

Most Relevant is selected, so some replies may have been filtered out.

👤 Author
**James Freed** Rachael Farquhar you can, call the Planning Dept for details.

Like · Reply · 5d                                                                    1

View 2 more replies

🏆 Top Fan
**Don Campbell** Very well said! PH is very lucky for having such a forward thinking City Manager. Keep up the good work and best of wishes going forward with the many challenges headed your way.

Like · Reply · 1w · Edited                                                          4

**View 21 more comments**

**James Freed**
March 14 at 5:39 PM · 

Happy 2nd Birthday, Lucy!





+3

289                                    70 Comments · 2 Shares

Like              Comment              Share              

Most Relevant

 Write a comment...

🏆 Top Fan
**Elia Hussain** Happy birthday to Lucy! She is so adorable.

Like · Reply · 1w                                                                    1

**Lu Andersen** Happy Birthday, Lucy dear, happy wishes for you all year!

Like · Reply · 1w

**View more comments**                                                2 of 70

**James Freed**
March 13 at 1:39 PM · 



Search for posts on this P

English (US) · Español · Portuguê · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

Search





Search | Philip | Home | Create | 1

# James Freed
**@JamesRFreed1**

- Home
- **Posts**
- Twitter
- About
- Videos
- Photos
- Community

Create a Page

-11:33

3,781 Views ebw.tv was live.
March 13 at 1:06 PM ·

Like Page

Special Edition Live & Local: Community Response to COVID-19

Watch together with friends or with a group — Start

4 — 2 Shares

Like | Comment | Share

Write a comment...

**James Freed**
March 13 at 8:56 AM ·

City of Port Huron
Office of the City Manager, Chief Administrative Officer

To: Director of Finance and City Treasurer
From: James R. Freed, City Manager, CAO
Cc: Mayor and Council
Date: March 13, 2020
Re: Administrative Directive Water Shutoffs

Director Brennan and Treasurer Caryl,

In light of the potential threat of the COVID-19 Virus, I hereby direct that effective immediately no water shutoffs should occur in the City for a duration of 30 days. At that point I will reassess my Directive.

IT IS SO ORDERED,

James R. Freed
*City Manager*
*Chief Administrative Officer*

332 — 32 Comments 400 Shares

Like | Comment | Share

Most Relevant

Write a comment...

**Katie Maison** What about people who's water is off already? Are they being turned back on??
Like · Reply · 1w — 2

Most Relevant is selected, so some replies may have been filtered out.

Author
**James Freed** Katie Maison yes
Like · Reply · 1w — 4

Search for posts on this P

English (US) · Español · Portuguê · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

[redacted]

Search

Search

Philip    Home    Create



**Mindy Bennett-Duckworth** Well damn I already paid my bill. Good looking out James Freed

Like · Reply · 1w    1

3 Replies

View 20 more comments



**James Freed**
March 12 at 6:48 PM

The new case of coronavirus is an individual in St. Clair County. Not a City resident. We anticipated this. We are prepared.

https://www.crainsdetroit.com/…/michigan-has-third-patient-…



CRAINSDETROIT.COM
**Michigan has third patient test positive for coronavirus**
Michigan health officials Thursday announced a third patient has tested…

46    17 Comments  150 Shares

Like    Comment    Share

Most Relevant

Write a comment…

**Todd Carmody** Is it a PH Resident or somewhere else in the County?

Like · Reply · 1w    1

3 Replies



⭐ Top Fan

**Joe Stockwell** I just wish they wernt so damn secretive regarding the city these people are located in. It could make a huge difference in the spread of it.

Like · Reply · 1w    3

View 6 more comments

**James Freed**
March 12 at 5:37 PM ·

A held a roundtable with regional media today to discuss the mitigation measures we have taken.

https://www.thetimesherald.com/…/port-huron-cor…/5035569002/

James Freed

@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020



Search  Philip  Home  Create





James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

THETIMESHERALD.COM
**Port Huron city manager discusses coronavirus precautions**
Port Huron City Manager James Freed held a media briefing Thursday…

15                                    1 Comment  3 Shares

Like          Comment          Share

Most Relevant

 Write a comment…

**Erin Babcock Martin** We will still have people coming to the six
floor of the MOC since they need their state assistance or
unemployment income.
Like · Reply · 1w · Edited

**James Freed**
March 12 at 12:54 PM ·

There is no intention on our part to overreact to the Coronavirus (COVID-
19). However, it's incumbent upon your local officials to plan for the potential
community transmission of COVID-19 and to take the necessary precautions
to protect our residents and staff, and to take the necessary actions to slow
the transmission of this virus.

An informational Page can be found
here: https://www.porthuron.org/alert_detail.php

https://www.thetimesherald.com/…/city-canceling…/5031942002/



THETIMESHERALD.COM
**Port Huron canceling large McMorran events, discouraging
MOC visits amid COVID-19 spread**

25                                            32 Shares

Like          Comment          Share

Write a comment…

Search



Search                                    Philip    Home    Create



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

March 11 at 7:51 PM ·

"Basically, what they did is they expended a huge amount of money not knowing whether they were going to be able to recover the money because they put the safety of the residents in that area first." -City Attorney Todd Shoudy

https://www.thetimesherald.com/.../city-asks-fina.../5022710002/



THETIMESHERALD.COM
**City asks for final judgment in Chicory lawsuit**
The city's attorney said they hoped to recover the $472,300 cleanup costs…

4

Like            Comment            Share            

 Write a comment…

---

**James Freed**
March 11 at 6:50 PM ·

Mayor Repp and I had a great time this evening talking with community stakeholders at our "Partners at the Pub" event. We outlined the adopted annual Mayor & Council and Administration Goals for fiscal year 2020-21. Lots of big projects ahead that will require a collaborative community effort to achieve! Thank you Blue Water Area Chamber of Commerce for hosting this event with us!



    +3

26                                    2 Comments  1 Share

Like            Comment            Share

Most Relevant

Search for posts on this P

English (US) · Español · Portuguê · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

Search



Search     Philip    Home    Create    1



## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

 **Todd Carmody** I would love to hear more about the information that was presented
Like · Reply · 1w

 **Thelma Castillo** Great event and very informative!
Like · Reply · 1w

 **James Freed**
March 10 at 5:05 PM

Mayor Pauline Repp, Port Huron joined fellow municipal leaders from across our state this week in Washington D.C. to lobby federal officials on a host of local issues. She was joined by the Michigan Municipal League and the National League of Cities. Mayor Repp is the President of the Michigan Association of Mayors.



39                                    3 Comments  1 Share

Like              Comment              Share            

Most Relevant

  Write a comment...

 🏆 Top Fan
**Laurie Irwin** Great mayor!!
Like · Reply · 1w

 **Kevin Hrit** Good group!
Like · Reply · 1w

View 1 more comment

 **James Freed**
March 9 at 2:15 PM

All I wanted for my birthday today was to take a walk with these two.

Search for posts on this P

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

Search



Search    Philip    Home    Create



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page



Search for posts on this P

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad · Cookies · More
Facebook © 2020

276                    110 Comments  2 Shares

Like            Comment            Share    

Most Relevant

 Write a comment...

 **Lu Andersen** Lovely way to enjoy your birthday. Bet you erre not the only one having a good time!

Like · Reply · 2w

**Janet Raab Cross** Happy birthday! She is a cutie and getting so big!

Like · Reply · 2w

View more comments                                    2 of 110

**James Freed**
March 8 at 10:37 PM ·

Matt Fernandez was the entrepreneur-in-residence at the Underground, a co-working space and business incubator in Downtown Port Huron. A serial entrepreneur, he was the coach for those launching or thinking about launching startup companies.

Today, he's back to being an entrepreneur, himself, having launched North Coast Golf Co. LLC last May to sell high-quality golf gloves and other golf accessories.

https://www.crainsdetroit.com/.../entrepreneur-finds-niche-go...



CRAINSDETROIT.COM
**Entrepreneur finds niche with golf gloves, accessories**
A year ago, Matt Fernandez was the entrepreneur-in-residence at the...

25                                                    2 Shares

Like            Comment            Share    

 Write a comment...



Search

Philip    Home    Create



**James Freed**
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

---

**James Freed** is at **Optimist Park, Port Huron, Mi.**
March 8 at 2:46 PM · Port Huron ·

Awesome afternoon at Optimist Park!



  

69                                3 Comments  1 Share

Like          Comment          Share

Most Relevant

Write a comment...

🏆 Top Fan
**Helen Wisner Hatch-Rees** Lovely Spring day to visit a playground. Sweet little girl.
Like · Reply · 1w

**Beverly Littlewalker** Same park/new look - I grew up in this park. Thank you for sharing this picture.
Like · Reply · 1w

View 1 more comment

**James Freed**
March 6 at 8:23 PM ·

Friday night exploring Cracker Barrel.



Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Search

(1) James Freed - Posts

Search

Philip    Home    Create

1

## James Freed
@JamesRFreed1

Home

**Posts**

Twitter

About

Videos

Photos

Community

Create a Page

110    8 Comments

Like    Comment    Share

Search for posts on this P

English (US) · Español · Portuguê
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad
· Cookies · More
Facebook © 2020

Most Relevant

Write a comment...

**Betty Child** Almost three and oh so adorable!

Like · Reply · 2w

🏆 Top Fan
**Lorri Jansma** Little Lucy is so adorable

Like · Reply · 2w

View 6 more comments

See More

Search