UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN LINDKE,

      Plaintiff,

vs.

JAMES R. FREED,
in his individual and official capacities,

      Defendant.
_____

Case No. 2:20-cv-10872

Hon. Mark A. Goldsmith
Magistrate Judge:
Hon. David R. Grand

PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Attorney for Plaintiff
PO Box 107
Hemlock, Michigan 48626
(989) 642-0055
pellison@olcplc.com

TODD J. SHOUDY (P41895)
VICTORIA R. FERRES (P78788)
Fletcher Fealko Shoudy & Francis, P.C.
Attorneys for Defendant
1411 Third Street, Suite F
Port Huron, Michigan 48060
(810) 987-8444
tshoudy@fletcherfealko.com
vferres@fletcherfealko.com
_____

## INDEX OF EXHIBITS

Exhibit 1 – Defendant James R. Freed Deposition

Exhibit 2 – Facebook page printout

Exhibit 3 – Port Huron Police Department Facebook page

Exhibit 4 – Defendant James R. Freed Facebook posts

Exhibit 5 – Plaintiff Kevin Lindke Deposition

Exhibit 6 – *Contra Knight First Amendment Inst. at Columbia Univ. v. Trump*, 928 F.3d 226 (2d Cir. 2019)

Exhibit 7 – *German v. Eudaly*, No. 3:17-CV-2028-MO, 2018 U.S. Dist. LEXIS 109151 (D. Or. June 29, 2018)

Exhibit 8 – *Garnier v. Poway Unified Sch. Dist.*, No. 17-CV-2215-W (JLB), 2019 U.S. Dist. LEXIS 167247 (S.D. Cal. Sept. 26, 2019)

Exhibit 9 – *Gay v. Cabinet for Health & Family Servs. Dep't*, No. 18-5285, 2019 U.S. App. LEXIS 2336 (6th Cir. Jan. 23, 2019)

Exhibit 10 – *Miller v. Davis*, No. 15-5880, 2015 U.S. App. LEXIS 23060 (6th Cir. Aug. 26, 2015)

Exhibit 11 – *Bandler v. Town of Woodstock*, No. 2:18-CV-00128, 2019 U.S. Dist. LEXIS 188820 (D. Vt. Oct. 31, 2019)

        FLETCHER FEALKO
        SHOUDY & FRANCIS, P.C.
        Attorneys for Defendant

        By: /s/ Todd J. Shoudy_____
            TODD J. SHOUDY (P41895)
        1411 Third Street, Suite F
        Port Huron, Michigan 48060
        (810) 987-8444
        Michigan Bar #41895
        tshoudy@fletcherfealko.com

DATED: February 17, 2021