**Posts**

As construction, public infrastructure projects, home sales and manufacturing reopen, City employees that serve those vital industries are essential and must return to on-site service to ensure smooth operations for our economic recovery. We take the safety of our people seriously and deployed the most comprehensive Return to Work Plan in the region.

https://www.thetimesherald.com/story/news/2020/05/18/port-huron-employees-return-work-in-offices/5195213002/

Updated May 18, 2020, 6:55 PM

May 18, 2020, 6:55 PM



Our Hosta's are coming in great this year!

May 16, 2020, 3:16 PM

 James Freed    Home



It's planting time in Michigan!

May 12, 2020, 7:42 PM



 James Freed    Home

May 9, 2020, 9:08 PM



Average COVID-19 Cases per day by week: represents the average number of new cases for each day of the specified week.

(i.e. 3/11-317 had a total of 7 cases, thus the total was divided by 7 days to obtain an average of 1 case per day for the week of 3/11-3/17)

*Cases are based on referral date from MDSS system

#This report is provisional and subject to change. As public health investigations of individual cases continue, there will be corrections to the status and details of referred cases that result in changes to this report.

More good news for our community! The sacrifices you and your families have made are making a big impact.

More good news for our community! The sacrifices you and your families have made are making a big impact.

May 7, 2020, 6:01 PM


0:00 / 0:10

Winston is a team player...Also, did a baked potato bar with all the toppings tonight for dinner. Turned out to be awesome.

Winston is a team player...Also, did a baked potato bar with all the toppings tonight for dinner. Turned out to be awesome.

May 7, 2020, 5:38 PM

 James Freed   Home






Drive-in prayer service today for National Day of Prayer at the McMorran Place Sports & Entertainment Center North Parking Lot. You can listen on the radio at 90.7FM

May 7, 2020, 12:21 PM

Great to talk with @[1385752465:2048:Paul Miller] on the @[301761831307:274:WPHM Radio] Morning Show: https://www.wphm.net/episode/may-5-james-freed-2/
Updated May 5, 2020, 2:59 PM

May 5, 2020, 2:59 PM



We want to help those frontline workers out there. Please share and let them know about this opportunity.

May 4, 2020, 9:12 PM

We have received more than 1,000 written requests via email and 500 packets were picked up in person. Of that thousand requests, 30% of those interested don't live in the city. We are working on a way to fulfill those requests as well. Seeds are being mailed this week for City residents.

https://www.thetimesherald.com/story/news/2020/05/04/port-huron-looking-ways-expand-meet-demand-sprouts-program/3041801001/
Updated May 4, 2020, 6:56 PM

May 4, 2020, 6:56 PM

## Weekly Numbers



Good news: This is the total hospitalization numbers. Note, the last week isn't completed and therefore data has not been entered. It is not zero, but as of this afternoon it was only 3.

May 4, 2020, 5:53 PM



Over the course of the last month I have directed the reduction of a substantial amount of City operations. We have reduced staffing and imposed a hiring freeze, which included scores of seasonal workers. We are now beginning furloughs. All of this is in response to the financial impacts of COVID-19. https://www.thetimesherald.com/story/news/2020/05/03/port-huron-city-employees-voluntary-furloughs-covid-19/3075044001/

Over the course of the last month I have directed the reduction of a substantial amount of City operations. We have reduced staffing and imposed a hiring freeze, which included scores of seasonal workers. We are now beginning furloughs. All of this is in response to the financial impacts of COVID-19.

https://www.thetimesherald.com/story/news/2020/05/03/port-huron-city-employees-voluntary-furloughs-covid-19/3075044001/

May 3, 2020, 6:21 PM




Awesome evening on the gorgeous shores of Lake Huron at the historic Fort Gratiot Lighthouse. #puremichigan #porthuron Pure Michigan

May 2, 2020, 6:24 PM

 James Freed    Home

0:00 / 0:10

Yard work before play. I have a great foreman on the job with me.

Yard work before play. I have a great foreman on the job with me.

May 2, 2020, 4:45 PM

James Freed

 James Freed    Home

  

A Pure Michigan #PortHuron afternoon!

May 2, 2020, 4:13 PM

 

Mayor Repp and Council practiced social distancing to hear and act upon the People's business and to hear a report from our Health Director on the COVID-19 crisis. Councilmember's Worden and Harris are slightly out of view because the spacing requirements put them of to the left and right. Our Council Chambers allow for live tv and YouTube Broadcasts. You can watch their work here: https://youtu.be/DR9FXpdlMLw

May 1, 2020, 8:58 PM



These 12 years as a City Manager have brought moments I could not foresee and will not forget.

Apr 27, 2020, 9:44 PM

 James Freed    Home



This is Dr. Annette Mercatante. She's the Director of our Health Department, and her team has been leading our County's COVID-19 response. She's St Clair County's version of Dr Anthony Fauci...Dr. Mercatante has been a titanic force for good these last few weeks working tirelessly and selflessly. She's a true hero. Every resident of our county should know who she is.

Apr 27, 2020, 9:16 PM

 




Winston has taken over the high ground/ottoman for safe refuge. This is something new over the last few days.

Apr 26, 2020, 6:46 PM



Ted's Coney Island takeout never fails...never.

Apr 26, 2020, 5:41 PM

 James Freed   Home

---

City of Port Huron  100 McMorran Boulevard   Port Huron, Michigan 48060

**Office of the City Manager, Chief Administrative Officer**
Phone: 810-984-9725 Fax: 810-982-7872
www.porthuron.org

April 25, 2020

FOR IMMEDIATE RELEASE

About one third of City residents were mailed incorrect water bills this past week. The wrong, old data file was used to create the bills. Many residents received incorrect bills with old information. New corrected bills will be mailed Monday with the updated information.

We apologize for this mistake. Our operations are working hard to operate as usual given the current staffing challenges in regard to COVID-19.

###

It has come to our attention that we made a mistake. We will correct this Monday.

It has come to our attention that we made a mistake. We will correct this Monday.

Apr 25, 2020, 8:52 PM



Happy 7th Birthday, Winston!

Apr 25, 2020, 6:35 PM





I had a productive day of spreading mulch!...Now that we can have it delivered.

Apr 25, 2020, 2:22 PM




I like to think that I've perfected her spike.

Apr 24, 2020, 10:06 PM




Apr 24, 2020, 10:03 PM

City program offering 1,000 seed packets at no cost for residents to grow veggies at home

https://www.thetimesherald.com/story/news/2020/04/21/free-seed-packets-help-port-huron-residents-grow-veggies-home/2996895001/
Updated Apr 21, 2020, 6:48 PM

Apr 21, 2020, 6:48 PM

 

For those of you who emailed your name and address to Sprouts@PortHuron.org, your seed packets will be mailed to you early next week. For those who wanted to pickup in person, this box at the front doors of City Hall. We will refill it daily. Please, only take one pack.

Apr 21, 2020, 11:02 AM

Great news! The Coronavirus curve appears to be flattening.

https://www.thetimesherald.com/story/news/2020/04/20/st-clair-county-coronavirus-flattening-curve-covid-19/5165380002/
Updated Apr 20, 2020, 3:35 PM

Apr 20, 2020, 3:35 PM

**James Freed updated their status.**

Throughout the Bible God has used ordinary people to accomplish extraordinary achievements. Moses, unable to speak well. Esther, in the King's palace. A young boy with a few fishes and loafs of bread....God is still doing the same today. A nurse working the late shift. An EMS worker responding to the call they know is dangerous. A Kroger and Walmart worker keeping the shelves filled. A police officer and firefighter working the street in a scary time...The ordinary accomplishing the extraordinary.

Apr 19, 2020, 9:25 PM








If you would like a Port Huron Sprouts family seed pack please email your name and address to Sprouts@PortHuron.org. One will be mailed to you. *Must be a City resident

Apr 19, 2020, 2:02 PM

 James Freed    Home




Morning buggy and bike rides. Top down due to chilly winds.

Apr 19, 2020, 10:18 AM



I think we finally tired them out.

Apr 18, 2020, 4:47 PM

 James Freed    Home



A nice walk kinda day.

Apr 18, 2020, 4:09 PM





New swing and a piece of pizza!...Winston on pizza patrol.

Apr 18, 2020, 3:27 PM






  

"Port Huron Sprouts" is an effort to bring self-sufficiency and food stability to our community amid the COVID-19 crisis. More than 1,000 family garden packets containing produce seeds and instructions will be disbursed to local residents in the coming week with help from Port Huron Schools and will be available at City Hall. The family garden packets will contain seeds for carrots, broccoli, lettuce, beets, tomatoes, radishes, cucumbers, green beans, cabbage and kale. They will also have links to hands on tutorials videos locally produced by MiGardener.

"Port Huron Sprouts" is an effort to bring self-sufficiency and food stability to our community amid the COVID-19 crisis. More than 1,000 family garden packets containing produce seeds and instructions will be disbursed to local residents in the coming week with help from Port Huron Schools and will be available at City Hall.

The family garden packets will contain seeds for carrots, broccoli, lettuce, beets, tomatoes, radishes, cucumbers, green beans, cabbage and kale. They will also have links to hands on tutorials videos locally produced by MiGardener.