James Freed

**EXHIBIT 3**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## Page Profile Information
Your Page's name, website address, categories, contact info, location info and Page admins

| | |
|---|---|
| Name | James Freed |
| Page Likes | 0 |
| Website | http://www.porthuron.org |
| Categories | Public Figure |
| Email | CommunityComments@porthuron.org |
| Phones | <<not-applicable>> |
| Address | 100 McMorran Blvd, Port Huron, Michigan 48060 |
| Location | (42.978620, -82.420350) |
| Page Admins | James Freed (Admin) |

Generated by James Freed on Tuesday, May 19, 2020 at 11:34 AM UTC-04:00
Contains data from March 1, 2019 to May 18, 2020