```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4

 5   KEVIN LINDKE,

 6          Plaintiff,

 7    vs.                          Case No. 2:20-CV-10872

 8                                 Hon. Mark A. Goldsmith

 9   JAMES FREED,                  Magistrate Judge:

10          Defendant.              Hon. David R. Grand

11   _____

12

13

14     The Deposition of KEVIN LINDKE,

15     Taken Via Zoom,

16     Commencing at 10:33 a.m.,

17     Tuesday, December 15, 2020,

18     Before Valerie Jo Lohr, CSR-6212.

19

20

21

22

23

24

25
```

EXHIBIT 10
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Page 2

```
 1   APPEARANCES:
 2
 3   PHILIP L. ELLISON (Via Zoom)
 4   Outside Legal Counsel PLC
 5   PO Box 107
 6   Hemlock, Michigan 48626
 7   (989) 642-0055
 8   pellison@olcplc.com
 9        Appearing on behalf of the Plaintiff.
10
11   TODD J. SHOUDY (Via Zoom)
12   Fletcher, Fealko, Shoudy & Francis, PC
13   1411 Third Street
14   Suite F
15   Port Huron, Michigan 48060
16   (810) 987-8444
17   tshoudy@fletcherfealko.com
18        Appearing on behalf of the Defendant.
```

Page 3

```
 1                TABLE OF CONTENTS
 2
 3   WITNESS                                       PAGE
 4   KEVIN LINDKE
 5
 6   EXAMINATION
 7   BY MR. SHOUDY:                                   4
 8   EXAMINATION
 9   BY MR. ELLISON:                                 56
10   REEXAMINATION
11   BY MR. SHOUDY:                                  66
12
13                   EXHIBITS
14
15   EXHIBIT                                       PAGE
16   (Exhibits attached to transcript.)
17
18   DEPOSITION EXHIBIT 1                             4
19   DEPOSITION EXHIBIT 3                             4
20   DEPOSITION EXHIBIT 4                             4
21   DEPOSITION EXHIBIT 5                             4
```

Page 4

```
 1   Via Zoom,
 2   Tuesday, December 15, 2020
 3   10:33 a.m.
 4
 5             MARKED FOR IDENTIFICATION:
 6             DEPOSITION EXHIBIT 1
 7             MARKED FOR IDENTIFICATION:
 8             DEPOSITION EXHIBITS 3, 4 and
 9             10:33 a.m.
10
11             KEVIN LINDKE,
12   was thereupon called as a witness herein, and
13   after having first been duly sworn to testify
14   to the truth, the whole truth and nothing but
15   the truth, testified as follows:
16                  EXAMINATION
17   BY MR. SHOUDY:
18   Q.  Let the record reflect that this is the deposition of
19       Kevin Lindke taken pursuant to notice as to date, time
20       and location and is to be used for all purposes
21       permitted under the Federal Rules of Evidence and the
22       Federal Rules of Civil Procedure.
23            Mr. Lindke, good morning.
24   A.  Good morning.
25   Q.  Okay.  Today is the date and time for your deposition
```

Page 5

```
 1       in the case that you filed against James Freed, okay?
 2   A.  Yep.
 3   Q.  And I'm going to be asking you some questions about
 4       your lawsuit.  I don't anticipate this deposition will
 5       go very long, maybe an hour or two.  Last week I did
 6       one that was seven hours, but I don't think this will
 7       be anywhere close to that, okay?
 8   A.  Yeah.  Sure.  Got it.
 9   Q.  Okay.  So before we begin, have you given a deposition
10       before?
11   A.  Yes, I have.
12   Q.  Okay.  And how many times have you given a deposition?
13   A.  Once or twice years and years ago.  I was in a really
14       bad car accident.  I was just in the car.  We had --
15       there was a lawsuit involved with the drivers and stuff
16       of that sort.
17   Q.  Okay.  I'm just going to go over some of the brief
18       ground rules of the deposition process.  As you can see
19       here, we're not sitting before a judge.  There may be
20       occasions where your lawyer may place objections on the
21       record.  The procedure that we utilize at a deposition
22       is if he objects I may ask you to answer the question
23       anyway if you can, unless he tells you not to answer
24       the question.  Okay?
25   A.  Yep.
```

Page 6

1  Q.  All right. And if I ask you a question and you don't
2      understand the question, will you please let me know?
3  A.  I sure will.
4  Q.  Okay. That's important, because we'll assume you
5      understood the question if you answer it, okay?
6  A.  Yep.
7  Q.  All right. It looks like you're in a car today,
8      testifying while on a cell phone in a car, is that
9      correct?
10 A.  Yes, sir.
11 Q.  Okay. If you need to take a break for any reason, will
12     you please let us know. Again, I don't think we're
13     going to be going very long, but if you do need a
14     break, let me know and we'll find a good place to
15     break. Okay?
16 A.  Sounds good.
17 Q.  All right. Could you please state your full name for
18     the record.
19 A.  Kevin James Lindke.
20 Q.  And what is your legal address, sir?
21 A.  I'd rather not give that out. You know about all the
22     different stuff I got going on. I mean, do you want my
23     PO Box? It's 44, St. Clair, Michigan 48079.
24 Q.  Do you have a legal address somewhere?
25 A.  Not at the moment.

Page 7

1  Q.  And just for purposes of this record, as I understand
2      it there's --
3  A.  Actually -- actually, you know what, to make it easy,
4      let's just use 1908 -- sorry. Man, I can't even think
5      of my office address. It's the address that I used for
6      all the mayor stuff. I mean, it's on all my --
7  Q.  You're talking about the room, the office that you rent
8      in Port Huron?
9  A.  Yes, sir.
10 Q.  Okay. So just for purposes of this record, as I
11     understand it, currently are there bench warrants out
12     for your arrest?
13 A.  Yes, sir.
14 Q.  Okay. And that pertains to some PPO matters?
15 A.  Different matters, yeah.
16 Q.  Okay. So right now would it be fair to characterize
17     you as a fugitive from justice?
18 A.  Maybe, yeah. If that's -- yeah.
19 Q.  All right. Have you seen the deposition notice that
20     was sent to your attorney in this case?
21 A.  Possibly.
22 Q.  All right. So let me just pull that up. So I'm going
23     to hit share stream here. All right. You should have
24     in front of you a caption of your federal court case
25     against Mr. Freed. Do you see that in front of you?

Page 8

1  A.  Yes, I do.
2  Q.  All right. This is a document I marked as Exhibit 1.
3      It should be in that folder I sent. But I'm just going
4      to go through this briefly with you, Mr. Lindke.
5          If you go to the second page, the title is
6      re-notice of taking deposition duces tecum. And then
7      down towards the middle part of the page there's a
8      request that you bring certain documents. Now, in
9      normal times you'd be at a deposition with a stack of
10     documents in front of you and, you know, you would say,
11     okay, here's all the documents I have. But have you
12     brought any documents with you today?
13 A.  **Actually, all the documents that are going to be**
14     **available are in our pleadings and in our filings for**
15     **the lawsuit. Every single -- well, let me finish this.**
16     **Every single Facebook page that has been tied to this**
17     **case has been deleted permanently by Facebook due to**
18     **unknown individuals reporting the pages, and it's**
19     **completely out of my control. So everything's gone.**
20     **If you'd like to get them, you can subpoena Facebook**
21     **for them. But I have no access to any accounts or**
22     **anything that was tied to this lawsuit except for the**
23     **primary Kevin Lindke account.**
24 Q.  Okay. Yeah. I'll get to that in a second.
25         So just going through, I highlighted some

Page 9

1      parts of this. So I just want to go through these and
2      just make sure I understand. Paragraph 2 says any and
3      all copies of documents that Plaintiff has in any form
4      of all of Plaintiff's posts or comments on Defendant's
5      Facebook page that Plaintiff claims were deleted.
6          So am I correct that you don't have any of
7      those posts or comments that you made on Mr. Freed's
8      page that were deleted?
9  A.  Yeah, not in front of me. Like I said, they're all
10     attached to our -- to our pleading.
11 Q.  All right. Just so you know, and I'll -- it's a little
12     more cumbersome here in a deposition where we're
13     sharing a page by Zoom, but I do have Plaintiff's
14     initial disclosures which has documents attached, and
15     then I have Exhibit B, which is the -- a printout --
16     and it's a printout from Mr. Freed's Facebook page. So
17     do you have anything besides what was provided in the
18     initial disclosure as well as attached to your
19     complaint?
20 A.  No, I don't. That should be everything.
21 Q.  In the stuff that was provided, I didn't see a copy or
22     type of record of any of the posts or comments that you
23     made that you claim Mr. Freed deleted. Am I correct
24     that we just don't have any of those?
25 A.  Yeah. I will have to -- I can go -- I can go back and

Page 10

1  try to search them. I have them stored just in the
2  accounts, and the accounts -- well, I'm not sure if you
3  know how Facebook works, but they can just delete your
4  account and it's deleted wholly. That's happened. I
5  thought that we had everything we needed submitted with
6  our pleadings. If not, I will do what I can to try to
7  find them at a later time.
8  Q. All right. Yeah. If you could do that right away, I
9     would appreciate it, because we're kind of running out
10    of time here with discovery. So the stuff I was given
11    doesn't have any of your posts or comments that you say
12    you made on his Facebook page that were deleted, so I
13    don't have any record of those of exactly what you
14    posted that was deleted. My question really is, do you
15    have that somewhere?
16        MR. ELLISON: I'm going to object to the form
17    of the question in that you're asking him to create
18    something that has been affirmatively deleted by your
19    client. I mean, you asked for something that's been
20    destroyed. It's just -- it can't be done.
21        MR. SHOUDY: Mr. Ellison, I'm not asking him
22    to create anything. I'm asking if he has any. It's a
23    simple question.
24  BY MR. SHOUDY:
25  Q. Do you have anything? Some people make a post and keep

Page 11

1     a record of that post. Do you have any record of any
2     of those posts?
3  A. I should have screen shots somewhere in one of my
4     galleries. I will be able to find them either later
5     today when we get done with the deposition and I can
6     send them to you tomorrow. They should be saved
7     somewhere I'm confident.
8  Q. Okay. And then Paragraph 3 asks the same question as
9     to posts that were made by third parties, so someone
10    other than you posted on Mr. Freed's account that were
11    then deleted by Mr. Freed. Do you have copies of
12    screen shots of any of those posts?
13 A. I would say --
14 Q. Besides what your lawyer has already given to me, the
15    initial disclosures and the ones that were attached to
16    the complaint.
17 A. Yeah. If they're not all in what was given to you, I
18    should probably be able to find a copy of those. I
19    would imagine I screen shot saved them in my gallery
20    somewhere on my phone, on another phone.
21 Q. Okay. And then, you know, if we don't have the actual
22    posts, do you have anything, any type of record of what
23    was said, like notes about what was posted, messages
24    about what was posted, anything beyond, you know,
25    copies of the actual posts that you say you have on

Page 12

1     your phone?
2  A. I may have made some -- I may have some screen shots.
3     You know, those posts -- screen shots of what was
4     posted on Mr. Freed's page I believe were posted to my
5     group page that I run that you're aware of, the Through
6     My Eyes page. There may be some stuff on there. And
7     like I said, I can look for that too after we get done
8     with this today.
9  Q. Okay. Yeah. Those are kind of important. I need to
10    get those, and I'm sure Mr. Ellison would like those as
11    well.
12        All right. And five was the same question
13    about any documents or records that you've kept about
14    posts made by third parties. And you say you might
15    have screen shots of those as well?
16 A. Yeah. Yes. The third party -- so you're referring to
17    like some of the other witnesses and the posts that
18    they made?
19 Q. Yeah. So the posts that they made, I was asking you if
20    you had any record of what they made?
21 A. I may have those, too. That one I'm not too sure on,
22    because they weren't my posts, and I wasn't actively
23    with these people or actively seeing them when they
24    made the posts. But I will -- I will check for those
25    too to see if I ever received anything from them about

Page 13

1     what they had posted or allegedly posted.
2  Q. And then six was -- you know, I'm asking about the same
3     questions, just a little different to try to cover all
4     my bases. But in six I'm asking you for any records or
5     copies of any of your posts that, you know, somebody
6     may have given to you, some third party may have given
7     to you, whether a sister or a friend or some other
8     Facebook user.
9  A. I'll look for those.
10 Q. What I'm looking for -- I mean, six is -- I'm asking
11    for posts -- any records about posts that you made that
12    were deleted. And then seven is asking for any posts
13    made by third parties that were deleted where the
14    record was kept by somebody else where they provided
15    you that information.
16 A. Yeah. So basically you just want all the stuff that
17    was posted to Mr. Freed's official city page, correct?
18 Q. Yeah. What I'm looking for is anything that was made
19    that you claim was deleted so I could see exactly what
20    was there, okay?
21 A. Yeah.
22 Q. I think your lawyer and I both have been trying to, you
23    know, get the actual documents that are at issue, okay?
24 A. Yep.
25 Q. All right. And then eight is asking for any

Page 14

1  communications that you had with Mr. Freed.  So I don't
2  know if you've sent him any e-mails, any Facebook, what
3  is that, Messenger, any letters.
4  A. Yeah.  I don't believe anything -- I don't believe
5     anything of that sort exists.  I can't recall right now
6     ever directly or privately messaging him.  I think that
7     the majority of my communications with him were through
8     just -- you know, publically on the page and just
9     talking about the pandemic and the city's response and
10    stuff of that sort.
11 Q. All right.  So can you give me your age for the record?
12 A. I'm 40.
13 Q. And just briefly your educational background.
14 A. High school, some college.
15 Q. And where did you go to college?
16 A. Central Michigan and Western Michigan.
17 Q. And how far did you get?
18 A. Like first year.  I was more of a worker than a
19    scholar.
20 Q. So your marital status?
21 A. Single.
22 Q. And you have just the one daughter?
23 A. Yeah.  Yeah.  Yep.
24 Q. Okay.  So you only have one child?
25 A. Yes, sir.

Page 15

1  Q. Okay.  And are you currently employed?
2  A. Not at the moment.
3  Q. In March of 2020 were you employed?
4  A. No.
5  Q. All right.  So I am far from an expert on Facebook.  I
6     want to make sure we're all on the same page with the
7     terminology.  So as I understand it, like if I'm just a
8     normal Facebook user, I have something created that's
9     called a profile, is that correct terminology?
10 A. Correct.
11 Q. Okay.  So that would be like if you created a profile
12    called Kevin Lindke, for example, that would be your
13    profile?
14 A. Correct.
15 Q. That's like a normal everyday Facebook user page,
16    correct?
17 A. Yes, sir.
18 Q. Or account I should say.  And then there's something
19    also called a page, which is a little different than a
20    profile, right?
21 A. It can be.  Some people use their pages as their
22    profile page.  Some people just have a profile.  It all
23    depends.  Like Mr. Freed, you know, Mr. Freed I believe
24    doesn't have a personal Facebook page.  He just
25    operates his official city page as his personal page.

Page 16

1  Q. When you say official city page, you're talking about
2     the James R. Freed page that you reference in your
3     lawsuit?
4  A. Yes, sir.  Yeah.  The page in question.
5  Q. All right.  And then there's also something called a
6     group on Facebook.  Like, for example, you have that
7     Through My Eyes.  Is that called a group?
8  A. Yeah.  So basically what you can do, like, you can go
9     in and create the Todd Shoudy page, and then you could
10    make, you know, the Fletcher, Fealko, Shoudy page, and
11    then you could also have a group page where it's not
12    really -- it's your page, but people can post on it.
13    It's like a group you can join.
14 Q. So if I understand it, so if I have a group, to be able
15    to post on the group page I would have to be a member?
16 A. There's different ways.  It depends on how you
17    structure your page.  Some pages are public, some are
18    private.  Public pages anybody can post on.  Private
19    page, yes, I believe you have to join the page to post
20    on it.
21 Q. Okay.  So like your Through My Eyes, is that a private
22    or a public page?
23 A. That's a public page.
24 Q. So anybody can post on that group?
25 A. Anybody.

Page 17

1  Q. All right.  And then on a page like the James R. Freed
2     page at issue in this case, am I correct that you can't
3     post on that page -- you can't post -- you know, make
4     an original post, but you can comment on a post that
5     Mr. Freed has made?  Is that the way it works?
6  A. No.  I -- see, I don't know, because I think you can
7     make it either way.  I think you can make it where
8     people can post -- make an original post if they want,
9     or it can just be limited to comments.  That's all on
10    whoever created the page, how they structure it.
11 Q. Do you know how the Freed page was structured?  I'm
12    just looking through that.  I don't see any original
13    posts by anybody else, but I see comments to his posts.
14 A. Right.  So Mr. Freed may have set that page up to be
15    that only he can have -- only he can make original
16    posts or any original posts made on that page would
17    have to be approved by him before showing up on the
18    page.  So it's kind of like a firewall.  But as far as
19    comment, as far as I believe, any original posts or any
20    posts on his page, anybody can comment on that post
21    within the post itself in the thread.
22 Q. Does Facebook allow you to set it up so you can keep --
23    you know, prevent anybody from making a comment on one
24    of your posts?
25 A. I believe so, because that's what Mr. Freed did to me

Page 18

1 and some other people. After I made some comments
2 about his response to the pandemic locally, he then
3 made it where I cannot comment on his page at all. It
4 takes -- at the bottom of the page, usually it will say
5 comment, share, or something else. Well, the comment
6 got take -- the comment part got taken right out of my
7 ability on Mr. Freed's public official page.
8 Q. Do you know on like the page that he sets up, can he
9 structure it so that nobody can comment?
10 A. He may be able to. I'm not too sure. I think that
11 would be a question you'd have to ask him. There's
12 different -- you know, Facebook, there's a lot of
13 different things you can, you know, edit and set your
14 page up as. I'm not too sure how he had his exactly.
15 I just know at one point I could comment on it, and
16 once he didn't like my comments he deleted them, and
17 then he took away my ability to comment on his page.
18 Q. Now, if you have an account set up as a profile, so
19 let's say your Kevin Lindke profile page -- well, is
20 there a Kevin Lindke profile?
21 A. Yes, sir.
22 Q. All right. So that's like your normal user account.
23 Can you do those same functions or features on a
24 Facebook profile?
25 A. On those -- on those pages you can completely hide it.

Page 19

1 Like you can just -- I can block you on Facebook and
2 then you can't even see it anymore.
3 Q. So as I see it, there's three different types, profile,
4 a page, and a group. You have a group Through My Eyes,
5 and then you said you have a profile Kevin Lindke. Do
6 you have other profiles you use as well?
7 A. No, that's it. Just the Kevin Lindke profile and my
8 Through My Eyes group page.
9 Q. Is there a profile page called Keith Wesley?
10 A. There was previously. That one it's my understanding
11 has also been booted off of Facebook.
12 Q. When you say also, what's the other one that's been
13 booted off Facebook?
14 A. I had a Kevin James account. That one's also been
15 removed.
16 Q. Now, Keith Wesley, that's an account you use and is
17 that your father's name, Keith Wesley?
18 A. Actually, there's multiple Keith Wesley accounts.
19 There was one that I'm sure you're aware of through --
20 that I know you've probably done some background on
21 some of the different cases that my sister, my mom and
22 other admins of my group page, they operated that one.
23 After that one got booted off, I created a second Keith
24 Wesley page myself that I was using for a while, but
25 that one was also removed from Facebook.

Page 20

1 Q. So the only active profile one we have today is just
2 Kevin Lindke?
3 A. Yeah. And that one is actually in Facebook jail for
4 two more days.
5 Q. Okay. How do we get in Facebook jail here? How does
6 that work?
7 A. Okay. So Facebook has really cracked down on content
8 and different things of that nature. So what happens
9 is -- I mean, you're aware of how public my group page
10 is and how public I am, you know, locally on social
11 media. So I have some detractors and people that
12 aren't very supportive of what I'm doing. So what they
13 will do is if they search your posts and they find
14 anything that could be even slightly taken as I guess
15 you could say offensive or it violates the community
16 standards that Facebook has in place, they can report
17 you. As more reports come in, first you get a warning,
18 then you get another warning, then you might get
19 restricted for 12 hours, then 24 hours, then three
20 days, then seven days, then 30 days. It all depends on
21 where you are with how many violations you have
22 basically in your kitty that you've racked up.
23 Q. Do you have to have a violation to progress, or is it
24 just the report itself that gets you in trouble?
25 A. It can be just the report. Like, I could share a meme

Page 21

1 about the election that they deem to be not credible,
2 and then they'll say that goes against the community
3 standards and they can restrict your account for that.
4 Q. What if I just have like a normal fairly benign post
5 but somebody reports it to try to get me in Facebook
6 jail, does that get you a violation as well? I mean,
7 do you know if that gets you in any trouble?
8 A. I'm not 100 -- it's very subjective I guess you could
9 say with Facebook. There's really no rhyme or reason
10 to what they say is okay and what they say isn't okay.
11 It just -- it happens. I know that they can also
12 auto-flag your account if you say -- like if I say,
13 hey, I'm going to kick Todd Shoudy's ass, and Facebook
14 can see that, they can flag that even when nobody
15 reports it. If you solicit sex, if you try to sell
16 drugs, incite violence, things of that nature, Facebook
17 algorithm can just automatically pick that up and
18 Facebook itself will restrict your account or hit you
19 with a violation.
20 Q. Okay. So that would be some type of program function
21 that automatically does it?
22 A. Yes, sir.
23 Q. All right. So getting to this Kevin James profile,
24 where is that in this Facebook jail process?
25 A. That one has -- Kevin James has been completely removed

Page 22

1 from Facebook because -- here's another thing with
2 Facebook. If you don't use your real name -- or not
3 your real name but your full name like as your address,
4 people can report you for that. So James is my middle
5 name, obviously, so I had a Kevin James account. But
6 because it wasn't Kevin Lindke, Facebook itself after
7 it got reported or however it happened, they completely
8 removed that account.
9 Q. When was that removal, just recently?
10 A. No. I think I lost that one -- well, yeah, fairly
11 recently. Within the last few weeks that one was taken
12 down.
13 Q. So going back to our case here, the case against Freed.
14 A. Yes, sir.
15 Q. Do you recall what month you made your first post on
16 James Freed's page?
17 A. I know I made some posts about the pandemic stuff. I
18 don't think prior to March I had posted anything about
19 anything to do with his running of the city or, you
20 know, his -- you know, anything he had to do with the
21 city. I believe most of my stuff or all of my stuff
22 began after the pandemic started in March to the best
23 of my, you know, recollection.
24 Q. So March 2020 would be the first post?
25 A. I believe so.

Page 23

1 Q. Using any profile that you had?
2 A. I believe so.
3 Q. And then when were you -- I also know there's a
4 reference to blocked. When were you blocked?
5 A. I would -- like, by Mr. Freed?
6 Q. Yes.
7 A. I would believe that would have to be the end of March,
8 sometime in April. I'm not -- I'm not 100 percent
9 sure. I know he didn't let me go very long. I think I
10 made a total of maybe four to six comments about
11 various things, various posts that Mr. Freed had made
12 and various posts that Mayor Repp had made and just
13 their response to the pandemic. I commented on it.
14 And, yeah, it didn't take very many before he deleted
15 those comments and blocked me and took away my ability
16 to comment on his page.
17 Q. Were you making comments at that time using the Kevin
18 Lindke profile?
19 A. I believe I was using Kevin Lindke or Kevin James. I'm
20 not 100 percent sure. Once I pull those screen shots
21 out after we get done with this, you'll be able to see
22 very clearly what profile I was using and what was
23 said.
24 Q. Okay. So Kevin James was not in Facebook jail back in
25 the March/April 2020 timeframe?

Page 24

1 A. I don't -- I don't believe so.
2 Q. And Kevin Lindke is still active, correct?
3 A. Yes, it is. But like I said, it's currently in
4 Facebook jail for two more days.
5 Q. Okay. So going through the progression that's
6 suspended for what, like a couple days?
7 A. Yeah. Yes, sir.
8 Q. Okay. So then if it gets to the next level of
9 suspension and it keeps progressing, I think you
10 referenced several different progressions leading to
11 being completely banned?
12 A. Yeah, it can. They give you warnings and stuff.
13 You've got to get really egregious to get completely
14 kicked off. They won't usually do it for simple stuff.
15 It's just for like, you know, some of the guys that
16 really, you know, go a little crazy on there and don't
17 realize that they're, you know, commenting to, you
18 know, the world.
19 Q. Okay. And then Keith Wesley, did you use Keith Wesley
20 to post in March or April on Mr. Freed's Facebook page?
21 A. I may have. Because the way it worked is I believe --
22 and I -- I don't want to be wrong about this, but I
23 believe I was either using the Kevin James or Kevin
24 Lindke account. Mr. Freed was deleting those comments
25 and blocking those profiles, and that's when I used the

Page 25

1 Keith Wesley account to make some comment about the
2 pandemic. And Mr. Freed then deleted those comments
3 and blocked that account from being able to post on the
4 page.
5 Q. So how many accounts are you blocked from, all three
6 that we just talked about?
7 A. I believe so.
8 Q. Okay. Let me share one. What I've marked as Exhibit
9 5, I'm going to see if I can share that one. All
10 right. Do you see Exhibit 5 here? It looks like some
11 type of --
12 A. Yeah. That was actually posted on --
13 Q. It's a screen shot, I guess. And then it references it
14 looks like on March 24th it says -- it has Kevin
15 Lindke. It says he deleted comments after responding
16 and blocked my third account.
17 A. Yes, sir.
18 Q. Okay. So the third account would be -- so at this
19 point in time we're talking about Keith Wesley, Kevin
20 Lindke, and Kevin James as the three accounts that were
21 blocked?
22 A. Yes, sir.
23 Q. Okay. So since this is dated March 24, that would mean
24 that all of your posts were made in March. So we never
25 got to April, right?

Page 26

1  A.  Yeah.  It doesn't appear so.
2  Q.  Okay.  Do you have any other profiles besides those
3      three?
4  A.  No, sir.
5  Q.  So in March of 2020, did you have any other profiles
6      besides those three?
7  A.  No, sir.
8  Q.  All right.  And you don't have any public pages that
9      you created or used?
10 A.  Just the Through My Eyes page.  And that page -- that
11     group page, you can't actually post on that page.  It's
12     basically just a chalkboard, if that, you know, helps
13     you understand better, the Through My Eyes page.  It's
14     basically like a message board or a chalkboard.  That
15     page can't comment on stuff.
16 Q.  Okay.  Yeah.  And so do you have other group pages as
17     well that you control or have control?
18 A.  I have the attorney -- yeah.  I have the Attorney
19     Review Board of St. Clair County.
20 Q.  Okay.
21 A.  And that's the same as the Through My Eyes page.  You
22     can't comment from that page.  You can't -- you can't
23     navigate around as that page.
24 Q.  All right.  And then you have one, Justice For, and
25     then I'm not going to mention your daughter, but

Page 27

1      Justice For, and then it has your daughter's name.  Is
2      that correct?
3  A.  Yeah.  That is actually the Through My Eyes page.  I
4      changed the name from the Justice Page to Through My
5      Eyes.
6  Q.  Okay.  So have you --
7           MR. ELLISON:  Todd, I hate to interrupt.
8      Kevin, just so you know, the reason why he's not
9      mentioning your daughter's name is because we have a
10     federal rule that --
11          THE WITNESS:  The defense suit.
12          MR. ELLISON:  Yeah.  Right.  So he's not
13     being disrespectful or anything.
14          THE WITNESS:  No.  No.  I know exactly why he
15     did it.  I'm aware, because they use initials.  They
16     don't want the kid's name in all the fed -- in all the
17     paperwork.  I'm fully aware of that.
18          MR. ELLISON:  Okay.  Very good.
19          THE WITNESS:  I appreciate that, Mr. Shoudy.
20 BY MR. SHOUDY:
21 Q.  Yeah.  I don't think there's any reason we have to
22     mention your daughter's name.  You've only got one
23     daughter, so I say daughter.  And then, you know, if we
24     did mention the name, then somebody would have to sit
25     around with a black marker and block it out of the

Page 28

1      transcript before we filed it.  And what invariably
2      happens is something gets filed where somebody forgets
3      to do that.  So it's just --
4  A.  Actually, I was just reading a federal case actually
5      that you're involved with, Mr. Shoudy, a previous case
6      where that happened, the name got put in there and
7      there were motions filed with the federal judge, you
8      know, to redact that.  So, yeah, I'm very well aware of
9      all the procedures.
10 Q.  Yeah.  We missed that part in our file and we had to
11     have that stricken and refiled it with the redactions
12     that were correctly done.  So I apologize for that.
13     That wasn't intentional.
14 A.  Well, no, it wasn't even my case.  It was a previous
15     case that you handled.  You'll know about it soon
16     enough.
17 Q.  Oh, okay.  All right.  Have you had anybody or asked
18     anybody else to post on Mr. Freed's page?
19 A.  Not that I believe so.  I may have made some comments
20     on my group page for people to go tell Mr. Freed what
21     they think about his response or what their position
22     would be.
23 Q.  All right.  Do you have any of those posts or screen
24     shots or posts that you made on -- I assume you're
25     talking about Through My Eyes?

Page 29

1  A.  Yes, sir.  Yeah.  Like I said, I don't know if I did.
2      It's very possible that I did.  And I will look for
3      those to see if I did.  And I would imagine when you do
4      the depositions with the other witnesses they will
5      inform you if I did direct them or suggested on my
6      group page that they should comment on Mr. Freed's
7      page.
8  Q.  Okay.  Did you share those with us?  Let's go through
9      that as well, pull up any posts that you have maybe
10     sent as a screen shot if they still exist and if they
11     don't exist send us what you saved.
12 A.  Yes, sir.
13 Q.  All right.  Now, what I want to do is go through your
14     initial disclosures for a moment, which is Exhibit 4.
15     So I'm going to pull that up.  All right.  Is that on
16     your screen now?
17 A.  Yes, sir.
18 Q.  All right.  What I'm going to do is scroll down to some
19     of these individuals that are listed.  Rosemary Dale
20     Foust, do you know who that is?
21 A.  Yes, sir.
22 Q.  And who is that?
23 A.  These are just people that are part of my group page
24     that I'm friends with through Facebook.  I've never --
25     besides Christine Woodley, I have never met any of

Page 30

1   those other people personally or in person.
2  Q. So setting aside Christine Woodley for a moment,
3     Rosemary Foust, Robert Pecar, Janet Marie St. John,
4     April Lee and Marjorie Dewitt, none of them are friends
5     of yours or related to you in any way?
6  A. Just Facebook, that's it. And I have only known them
7     since I started my group page in November of 2018.
8     Prior to that, I did not know who any of these people
9     were. And like I said, I've never -- besides Mrs.
10    Woodley, I have never met any of those other people in
11    person.
12 Q. All right. Well, tell me about Miss Woodley. Who is
13    that?
14 A. She is just a supporter on my page. She's attended one
15    or two of the protests that I have put together and
16    spearheaded. And that's basically, you know, the gist
17    of our relationship is just she follows me on Facebook,
18    she's a part of my group page, and I've met her briefly
19    at a couple of different protests.
20 Q. So would the same be true for her, you didn't know her
21    before the time you created your Facebook page in 2003
22    or your group page in 2018?
23 A. Yes, sir. Correct.
24 Q. All right. And none of these individuals are related
25    to you?

Page 31

1  A. No, sir.
2  Q. And are all six of these individuals like regular
3     contributors or commenters on your Through My Eyes
4     group page?
5  A. Yeah. I mean, they're active on there. You know,
6     there was a lot of people -- I got, you know, almost
7     9,000 members in that group, and a good majority of
8     them are quite active on the page. I don't think
9     anyone more so than anyone else. Everyone just kind
10    of, you know, follows along and chimes in and, you
11    know, shows their support by being in the group.
12 Q. Now, obviously something led you to these six
13    individuals. Did they post on your group page or send
14    you a private message referencing the James Freed page?
15 A. Yeah. After I started -- well, they were already a
16    part of the group. And then when I would post stuff
17    about Mr. Freed deleting my comments, you know, like
18    the screen shot that you just showed me, you know, then
19    they would come and they would comment like, hey, he
20    deleted my comments too or, you know, I had an issue
21    with him. I know some of these people it is my
22    understanding that they may have previously before I
23    ever started posting on Mr. Freed's page had previously
24    posted stuff on his page that was deleted and they were
25    blocked and stuff of that nature. I think they'll be

Page 32

1     better able to, you know, kind of fill in that
2     information for you when they are deposed.
3  Q. All right. So all the knowledge you have from them
4     came from their posts on your group page, or was there
5     some private messages that led to the names of those
6     individuals?
7  A. They may have private messaged me what happened. But
8     I'm almost positive to the best of my recollection
9     that, you know, they were pretty vocal about Mr. Freed
10    deleting and blocking them from his page when they were
11    posting in the group page Through My Eyes.
12 Q. Can you also share with your lawyer and me all of the
13    Facebook posts that they made regarding Mr. Freed's
14    account about, you know, these deleted comments and
15    then any private messages that you may have exchanged
16    with them?
17 A. Yeah. I will search for those too and see if there is
18    anything. I don't know if there are any private
19    messages like that. I just -- I can't remember. You
20    know, I get, you know, hundreds of messages every day
21    from people, and it's hard to keep everything straight
22    and cataloged, I guess, mentally.
23 Q. So going back to you said earlier that there were four
24    to six posts that you made on Mr. Freed's Facebook
25    page, is it four to six total between the three

Page 33

1     accounts?
2  A. Yeah. I believe so.
3  Q. Do you remember any of the posts that you made?
4  A. Yeah. I know there was a post -- Mr. Freed and Mayor
5     Repp had posted a screen shot from eating lunch at
6     Kate's downtown, which as you know is a restaurant
7     downtown.
8  Q. Yes.
9  A. They made a post about eating out there, and I think I
10    responded to their comments about, you know, the city
11    is suffering, residents are suffering and, you know,
12    you guys as city leaders instead of out talking to the
13    community and being that face of the community in this,
14    you know, unprecedented time of this pandemic, you're
15    eating lunch at Kate's which is, you know, a very nice
16    restaurant, a little pricy for a lot of Port Huron
17    folks. And I just thought it was in bad taste that
18    they posted that, and I very civilly voiced my opinion
19    on that.
20 Q. Okay. And that post, do you think you have a screen
21    shot of that post?
22 A. I believe so. Yeah. I should be able to find that.
23 Q. All right. Yeah. I think the picture you're talking
24    about, Mr. Freed had posted a picture of Mayor Repp
25    buying food at Kate's?

Page 34

1  A.  Yes, sir.
2  Q.  Okay. Let me see. I think that might be part of your
3      disclosures.
4           MR. ELLISON: I think you're looking at page
5      15 of my pdf.
6           MR. SHOUDY: Oh, okay.
7           THE WITNESS: Yeah. Mayor Repp has like her
8      purse in her hand and she's at the counter. And I
9      believe Mr. Freed took the picture.
10 BY MR. SHOUDY:
11 Q.  Okay. This one dated March 19th. Are you seeing this
12     one here? It's page 37 of Exhibit 4.
13 A.  Yes, sir. That's the one.
14 Q.  Okay. So it says there's 30 comments. So you're
15     saying you were one of the comments?
16 A.  Yes, sir.
17 Q.  Okay. Gotcha.
18 A.  And even if Mr. Freed deleted my comments -- so
19     Facebook -- it would still say 30 comments. But when
20     you go read, there would only be 29 comments.
21     Facebook's algorithm doesn't remove the comment count
22     when it removes the comment. Does that make sense?
23 Q.  Yes, it does. I didn't know that. But thank you for
24     sharing that.
25          All right. So I've got that down as one.

Page 35

1      You said there's four to six. So just give me your
2      best memory as to what the other comments were.
3  A.  I think from the Keith Wesley account after my other
4      two accounts were taken down, Mr. Freed made a comment
5      about his response to the pandemic or something that he
6      felt they did that was beneficial to the city, and my
7      comment was something about your response to this
8      pandemic has been abysmal, the city deserves better,
9      something of that nature.
10 Q.  Okay. What other comments do you recall making?
11 A.  I don't recall offhand. I don't want to speak. I
12     don't want to be wrong. But basically it was just
13     responses to stuff that Mr. Freed was posting that I
14     didn't feel he was being quite as honest and as upfront
15     as he should have been. And like I said, just as a
16     citizen of the city and, you know, a constituent, you
17     know, I just voiced my concerns on Mr. Freed's, you
18     know, public official city page that he was using to,
19     you know, discuss city business and steps that the city
20     was taking in response to the pandemic. You know,
21     basically it was kind of like being in his office or,
22     you know, being at a city meeting with him and just
23     responding to, you know, his comments and his position
24     on some things.
25 Q.  Okay. So the only comments you recall are the two, the

Page 36

1      one on the mayor's purchase of food at Kate's, and then
2      the second one was you referencing a comment critical
3      of his response to the pandemic. Any other posts that
4      you recall making that were deleted?
5  A.  Not that I can recall verbatim what they said. I know
6      there were -- I know there's going to be at least three
7      comments made, because each profile was blocked and
8      comments were deleted. So I know there's at least
9      three. I just gave you two of them. I'm not sure
10     offhand what the third one could be, but I think
11     there -- there was one point where me and Mr. Freed
12     were going back and forth, but then I think he realized
13     that it was me or he thought it was somebody else and
14     he started deleting those comments. But at one point
15     we were actually conversating back and forth in the
16     comment thread.
17 Q.  And so you think there was one comment thread where he
18     didn't realize it was you initially and then eventually
19     figured it was you and deleted you? Is that what
20     you're saying?
21 A.  Yeah. Or he thought it was somebody else and he just
22     didn't like, you know, what was being said. But there
23     was definitely an exchange, and he engaged -- he
24     actively engaged in the conversation with the profile.
25 Q.  All right. Any others that you recall that you made

Page 37

1      that were deleted?
2  A.  Not that I can recall offhand. I don't want to say the
3      wrong thing or, you know, not -- I don't want to, you
4      know, misconstrue what was said or anything like that
5      until I can get those posts. And then I can, you know,
6      confirm them and make sure they're accurate.
7  Q.  So I think you probably still have in front of you page
8      37 of Exhibit 4. Right under that there's a little
9      thumbs up symbol.
10 A.  Yes, sir.
11 Q.  That means somebody liked that account or liked that
12     post?
13 A.  Yes, sir.
14 Q.  And then it counts how many have liked or -- I guess
15     there's a like and then there's a heart. I don't know
16     what the difference is, but.
17 A.  Okay. So when you like a Facebook post -- this is
18     something Facebook started. I'm not sure when they
19     started it exactly. But you can like something, love
20     something, you can give a wow react, like a wow face,
21     you can do an angry react, and I think you can do like
22     a crying sad react. It all depends on -- it's all the
23     same thing. It's just you convey that you're feeling a
24     different emotion to that post.
25 Q.  Okay. Do you have any likes or emotions that you gave

Page 38

1  to any of his posts?
2  A.  I don't believe so.  If I did, they were most likely
3     going to either be the wow react or the angry face.
4  Q.  Are there other group pages or profile pages or just
5     public pages that you have posted on that are critical
6     of Mr. Freed?  Let's start with Mr. Freed's response to
7     the pandemic.
8  A.  Yeah.  Again, on my group page --
9          THE WITNESS:  Well, actually, Phil, is this
10    -- is this within the scope?  Does this matter,
11    anything I posted on my pages?
12         MR. ELLISON:  You can answer those questions.
13         THE WITNESS:  Okay.  Does it matter?
14         MR. ELLISON:  No.  No.
15         THE WITNESS:  I thought the scope of this was
16    just simply what I posted to Mr. Freed's page.  And I
17    believe that the discovery and the order from the judge
18    was that we were going to simply talk about posts that
19    I made on Mr. Freed's official city page, not any other
20    pages.
21         MR. ELLISON:  The judge -- I'm going to
22    direct you to answer for right now and give some
23    leeway.  If he goes too far, then we'll readdress that.
24    The judge wanted to have specific instances to address
25    those issues.  He did issue, you are correct, a

Page 39

1     protective order as to the written discovery.  But in
2     oral depositions, we're going to let these go forward
3     and be a little more wide-ranging and we'll address it
4     depending on how far it goes.
5          THE WITNESS:  Okay.  I just wanted to
6     clarify.
7  BY MR. SHOUDY:
8  Q.  Just for the record, he denied the motion for a
9     protective order as far as the written discovery
10    request.  So my --
11         MR. ELLISON:  I disagree with that -- with
12    what you just said, Mr. Shoudy.  He said that he denied
13    it without -- he denied it for the fact that it wasn't
14    presented to him.  He didn't say it was just limited to
15    written requests.  So I would disagree with that, and I
16    just want to make sure that that's not -- my -- my -- I
17    don't want my silence to be my acquiescence to your
18    assertion right there.
19 BY MR. SHOUDY:
20 Q.  Do you need my question read back, Mr. Lindke?
21 A.  No.  No, sir.  No.  I have been very critical of Mr.
22    Freed at times on my group page, yes, sir.
23 Q.  Have you posted on other pages criticisms of Mr.
24    Freed's response to the pandemic?
25 A.  I may have made comments on Mayor Repp's page when I

Page 40

1     was criticizing her, and I may have -- Mr. Freed's name
2     may have been in there.  But an interesting thing is
3     Mayor Repp didn't delete any of my comments.  Mayor
4     Repp didn't restrict me from commenting on her page.
5     She simply let my comment stand.  She never responded
6     to them, but she let them stay.
7  Q.  Does Mayor Repp have a profile or a public page?
8  A.  She's got the same setup page as Mr. Freed.
9  Q.  Okay.  And so those comments should still be on that
10    Facebook page?
11 A.  I believe so.  As far as -- well, not if they're
12    from -- I don't remember if they came from the Kevin
13    James account or the Keith Wesley account.  But any
14    Kevin Lindke account that commented on Mayor Repp's
15    page should still be there.  I think she understands
16    the law, and she understands that she has to let those
17    comments stand because of her position in the city and
18    that being her official page.  It just seems Mr.
19    Freed's a little confused about, you know, how he's
20    supposed to handle things.
21 Q.  So I should look for on Mayor Repp's page you say
22    the -- it was a Kevin Lindke post or was it -- or
23    should I look for all three?
24 A.  You won't -- you won't find the other ones.  If they
25    were posted from the Kevin Lindke page, they should

Page 41

1     still be there.  And I'll tell you a really easy way to
2     find out.  If you just go on Mayor Repp's official city
3     page, go to the very top of the page in the search bar
4     and type in my name, and anything I have posted to that
5     page will come up.
6  Q.  All right.  Well --
7  A.  I'll help you out a little bit there.
8  Q.  All right.  So I go to Facebook and then I go to her
9     page?
10 A.  Yes.  Go to Mayor Repp's official page.
11 Q.  All right.  I'm on something called Mayor Pauline Repp,
12    Port Huron.
13 A.  Yes, sir.  Now, at the top of that page there should be
14    a search bar or a bar with a microphone.
15 Q.  Well, there's a little magnifying glass.  Do I click on
16    that?
17 A.  Yes.  That's it.  Now, if you go into that box and type
18    in Kevin Lindke, anything I posted to Mayor Repp's page
19    should come up as Kevin Lindke.
20 Q.  All right.  Well, maybe I typed it wrong, because I
21    didn't find any results.
22 A.  All right.  So it may not be there, or she may have
23    deleted them.  Or like I said, it may have been
24    comments from the Kevin James page or the Keith Wesley
25    account.  But because those were deleted by Facebook,

Page 42

1   it -- when Facebook deletes your account, it deletes
2   everything that you have ever posted or reacted to or
3   anything -- anything that has to do with that account
4   completely disappears.
5  Q. All right. Gotcha. So those would be gone?
6  A. Yes, sir.
7  Q. All right. So just looking at Pauline, for example, it
8   looks like Pauline Repp has her own personal one and
9   then a Mayor Pauline Repp one, right?
10 A. I believe so.
11 Q. Okay. And Mr. Freed didn't have two separate ones, a
12   private one and then one that you say is his official
13   one, right?
14 A. Yes. My understanding is he only has an official
15   public page that was created for his position as city
16   manager, you know, as a paid employee, you know, public
17   official with the City of Port Huron.
18 Q. What makes you think that he created that, you know,
19   when he was the city manager as opposed to something
20   that he had prior to the time he was the city manager?
21 A. I mean, I never said that he did it as the city
22   manager. He may have created that page before becoming
23   city manager. But once he became city manager, he
24   started operating that page as an official city page.
25   And if you look at when the pandemic started, Mr. Freed

Page 43

1   was -- he was posting stuff about the city, city
2   business, he was asking for feedback, he was posting
3   official city documents to that page, and he was using
4   that page to communicate to city residents about city
5   business.
6  Q. Where did you find him asking for feedback on his
7   Facebook page?
8  A. I mean, all kinds of posts. There's a post he made
9   about, you know, doing the park in front of McMorran
10   and just different city projects and stuff. You know,
11   he was releasing press state -- press releases to that
12   page for the city residents concerning the pandemic and
13   different things the city was undertaking in response
14   to the pandemic. And, you know, as a layman or, you
15   know, a resident of the city, or even a nonresident,
16   that page for all intents and purposes seems to be a
17   page run by the city manager to discuss city business
18   and is an official city page ran by Mr. Freed.
19 Q. I assume you saw in there that he posts a lot of, you
20   know, personal family stuff on there as well?
21 A. He puts some stuff on there, yes, he does. That
22   personal stuff didn't -- he didn't put as much personal
23   stuff prior to the pandemic and prior to this lawsuit
24   being filed. Once this lawsuit was filed, it seemed
25   that Mr. Freed tried to change the nature of that page

Page 44

1   to make it appear more like a personal page. But if
2   that was the case, then Mr. Freed should have just made
3   a regular profile like Mayor Repp did. Mayor Repp has
4   a personal page. Mayor Repp has a Mayor Pauline Repp
5   page. And if you look at Mr. Freed's page, it says
6   this is a public page, and he's got pictures of
7   downtown, and he's got -- a lot of his saved pictures
8   are different city press releases and stuff of that
9   nature. They are orders from the city and stuff like
10   that.
11 Q. So as I understand it, if I create a profile and I get
12   a certain number of friends, am I forced by Facebook
13   then to go from a profile to public page?
14 A. Facebook doesn't force you to do anything. If you
15   create a personal page that's just your personal page,
16   you can have 5,000 friends on that page and that's it.
17   You just can't have over 5,000 friends. They limit the
18   friends to that.
19 Q. So once you go over 5,000, do you then change into a
20   public page?
21 A. No. You have to create a second page. It doesn't just
22   automatically change. A private profile -- I called it
23   private, but it -- let's call it a primary or a
24   personal page. Your personal page is your personal
25   page. At no point does Facebook automatically take a

Page 45

1   personal page and turn it into an official page. You
2   have to do that. And it's not that Mr. Freed
3   automatically had the page. It's that he was using
4   that page that he created to discuss city business and
5   was using that to let residents know what the city was
6   doing.
7        It's like, you know, President Trump. You
8   know, he had his Twitter handle long before he became
9   president. But once he became president and he started
10   using that Twitter page or his Twitter handle and
11   account to discuss, you know, national business or
12   national happenings and stuff of that nature to do with
13   the country, that then becomes his official presidency
14   page and he's then bound by certain rules and
15   regulations. And I don't think Mr. Freed understands
16   that he's in that same category with the page that he
17   created.
18 Q. When you created a profile for your own personal
19   Facebook account, you don't have to pay any money,
20   correct?
21 A. No. You don't have to pay money to create any account.
22 Q. So like the group accounts you have, you don't have to
23   pay any money to create that one, correct?
24 A. No, sir.
25 Q. And then if you create a page, or a public page if you

Page 46

1  will, that one you don't have to pay any money for
2  either?
3  **A.  No, sir, not to my understanding.  My Through My Eyes**
4  **page I've never had to pay, my Attorney Review Board**
5  **page I've never had to pay, yeah.**
6  Q.  So do you have any evidence that any city dollars were
7  used to create James R. Freed's page?
8  **A.  Not that I know.  But I don't think that's what the --**
9  **I don't think that's the bar or that's the threshold to**
10 **do it.  City dollars being paid for a page is**
11 **irrelevant.  President Trump doesn't have to pay for**
12 **his Twitter handle.  But the minute he became**
13 **president, that's an official page of his.  And so I**
14 **don't think, you know, paying anything has anything to**
15 **do with any of this.**
16 Q.  So do you have any evidence that any city employees,
17 you know, ran or managed his Facebook page or put
18 any -- you know, basically had any personal involvement
19 in running his page?
20 **A.  I mean, he's a city employee.**
21 Q.  Anyone other than Mr. Freed personally.
22 **A.  I think that would be a question you'd have to ask Mr.**
23 **Freed.**
24 Q.  So now there are some group pages that are called Port
25 Huron, Michigan on Facebook, is that correct?

Page 47

1  **A.  Yes.  I believe so.  I believe there's a couple of**
2  **different group pages, yeah, that are -- you know,**
3  **there's a St. Clair County page.  I mean, there's**
4  **countless Port Huron group pages.**
5  Q.  And to your knowledge, those are not run by the city,
6  correct?
7  **A.  I don't know that.**
8  Q.  Okay.  Are there any Facebook pages or Facebook groups
9  to your knowledge that are run by the City of Port
10 Huron?
11 **A.  I'm not sure of that either.  I mean, I would -- I**
12 **would -- I mean, like Mayor Repp's mayor page.  I mean,**
13 **that's a city employee running a city run page.  I**
14 **mean, she's the mayor, just like Mr. Freed's page, you**
15 **know, as the city manager.  So, I mean, I guess I'm a**
16 **little confused by -- you know, it's kind of a broad**
17 **question.**
18 Q.  Earlier you indicated you've been very critical of Mr.
19 Freed.  Are there locations on Facebook besides your
20 own group page where you've made posts critical of Mr.
21 Freed?
22 **A.  I mean, it's quite possible.  I post a lot.  So, I**
23 **mean, I could.  I think most of mine are restricted to**
24 **-- well, no, I've shared a lot of them locally, stuff**
25 **of that nature.  I posted them to the group page, the**

Page 48

1  **Through My Eyes page, but then either I or other people**
2  **may have shared them to other Facebook pages.**
3  Q.  There's a Facebook page that is -- like has a lot of
4  numbers, like a Port Huron one.  I know it's an
5  unofficial page of some sort.  There's some guy who
6  runs it apparently.  Did you make any posts on that
7  Facebook page about Mr. Freed's response to the
8  pandemic?
9  **A.  Not on those pages I don't think.  I'm not a member of**
10 **any of those groups because of my position in the**
11 **community and, you know, the situation I have going**
12 **with the courts and stuff of that nature.  Those other**
13 **pages, I'm not a member of any of those groups or on**
14 **those pages.  I may have been at one time here and**
15 **there, but they are pretty good about deleting**
16 **everything and keeping all that stuff off of there.**
17 Q.  Okay.  Yeah.  There's a public group I see right now
18 that's Port Huron, Michigan.  It has 55.5 thousand
19 members.  So just so I understand, to your memory you
20 haven't posted anything about Mr. Freed on that page?
21 **A.  It may have got shared there.  I don't know.  I'm**
22 **blocked from that group.  The guy that runs it -- yeah.**
23 **There's multiple admins.  I'm not a member of that**
24 **group.  And I know from other people telling me that**
25 **they are very good about keeping anything about me or**

Page 49

1  **my criticism of the city or the courts or of your firm**
2  **off of that page.**
3  Q.  Prior to March of 2020 when you first posted about Mr.
4  Freed's response to the pandemic, Mr. Freed or Mayor
5  Repp's response to the pandemic, had you made any posts
6  critical of Mr. Freed in any capacity?
7  **A.  Yeah.  I've made multiple posts about an alleged affair**
8  **that Mr. Freed was engaged in with another city**
9  **employee.  I'm sure you're aware of the Joel Wood and**
10 **the Josh Bauman murder case.  Mr. Freed's name is in**
11 **that police report numerous times as possibly dating**
12 **one of the suspects -- or one of the victims.  And I**
13 **was also a cell mate with the suspect in that case, and**
14 **he gave me direct knowledge of Mr. Freed's involvement**
15 **with his estranged wife.  And like I said, Mr. Freed's**
16 **name came up in that police report on numerous**
17 **occasions about his involvement or alleged involvement**
18 **with the victim in that case.**
19 Q.  When were you a cell mate with Mr. Bauman?
20 **A.  I'm trying to think.  Tomlinson's locked me up a bunch.**
21 **This was going to be, oh, maybe 2017 sometime, 2018**
22 **possibly.  I'm not sure exactly when me and Mr. Bauman**
23 **were cell mates.**
24 Q.  Okay.  And then whatever information you obtained from
25 Mr. Bauman regarding Mr. Freed you had made some public

Page 50

1  posts about, you know, basically accusing him of being
2  involved in some type of relationship with one of the
3  victims?
4  A.  Yeah.  The victim and Mr. Bauman both stated in the
5      police report that -- Mr. Bauman stated that he
6      believed that Mr. Freed was the victim's boyfriend.
7      The victim herself alluded to Mr. Freed asking her out
8      for drinks and to go out with her and stuff of that
9      nature.  And that's all memorialized in the police
10     report, which I read personally.
11 Q.  So in 2020, during the calendar year 2020, were you in
12     the St. Clair County Jail or any other jail at any
13     point in time during 2020?
14 A.  I don't believe I've done any time this year.  Not yet
15     anyway.
16 Q.  When you're blocked on Facebook, how do you find out
17     you're blocked?
18 A.  Well, like, so say me and you were Facebook friends,
19     Mr. Shoudy.  Or not even Facebook friends.  But say we
20     were and say I posted something that you didn't like
21     and then you blocked me.  So then I would go to search
22     for your page, and it would just come up unavailable.
23     It would just be basically a blank screen.  What Mr.
24     Freed did, and this is how I knew that he blocked me
25     from his page, is when you go on those posts it will

Page 51

1      say -- you'll have the comment, share or like.  After I
2      made my comments and he deleted them, the comment --
3      the ability to comment, that button to press was taken
4      out of that.  So I could only share his posts or I
5      could like his posts, but I couldn't comment on his
6      posts.
7  Q.  So I'm a little confused by what you said there.  So if
8      he's blocked you, I think you said something comes back
9      as unavailable.  What comes back as unavailable?  Like
10     you search for his page and you can't find it, or you
11     can go on his page and you can't find your comments?  I
12     mean, I guess I'm a little confused on how you find out
13     you're blocked.  What would be the effect of being
14     blocked --
15 A.  He's just --
16         MR. ELLISON:  Kevin, I want to make sure you
17     guys are using the right phrases.  I'm going to direct
18     you to make sure you use the right word, because you
19     just combined profile and page together there when you
20     made your response just now.  Okay?
21         THE WITNESS:  Yeah.  So are we -- are we just
22     talking about Mr. Freed's -- the page in question?
23 BY MR. SHOUDY:
24 Q.  Well, let's start there.  So how do you find out --
25     like if Mr. Freed has blocked let's say Kevin Lindke's

Page 52

1      Facebook page or blocked that account, how do you find
2      out as Kevin Lindke that you've been blocked?
3  A.  I'm not 100 percent sure he can from a page -- from a
4      group page like that or, you know, a page of that
5      nature.  I don't know if he can completely block me.
6      I'm not 100 percent sure.  But I know that he can
7      delete my account and he can make it where I can't
8      comment.  That option is taken away.  And you can see
9      it, because if you look back at that comment with -- or
10     the post with Mayor Repp, underneath the picture it
11     will say like, comment, share.  And what Mr. Freed did
12     is he pulled that comment option out of those three
13     choices.
14 Q.  Okay.  So, you know, when you log in under Kevin
15     Lindke, you could still see his Facebook page and the
16     comments, but you can't comment yourself?
17 A.  Yeah.  Then the comment gets deleted, and then you -- I
18     can't hit the comment button to make any comments.  Or
19     what Mr. Freed will do, and he's done this since this
20     lawsuit started, is he just deactivates that whole
21     page, and then he turns it back on, and then he turns
22     it off, and then he turns it on, and then he turns it
23     off.  I believe it's currently not active and not
24     searchable.  I may be wrong.  I haven't looked in a
25     while.  But last time I -- you know, last I was aware

Page 53

1      of is that he deactivated that entire page.
2  Q.  So when you went on his Facebook page and your comment
3      is no longer there, could you still hit the like
4      button?
5  A.  I don't believe so.  I'm not too sure.
6  Q.  Could you share a post if you want?
7  A.  Could what?
8  Q.  Share.
9  A.  Possibly.  I'm not too sure.
10         COURT REPORTER:  Mr. Shoudy, you're garbled
11     now.  Something's -- there's like a -- do you guys hear
12     it?
13         MR. SHOUDY:  I hear something, yes.
14         MR. ELLISON:  I don't know if that's coming
15     through Kevin.
16         MR. SHOUDY:  Do you have a radio on maybe?
17         COURT REPORTER:  It's only when Mr. Shoudy is
18     speaking.
19         MR. SHOUDY:  I hear it when you speak.
20     Actually, I hear it when anybody speaks.
21         COURT REPORTER:  Oh, you do?  Okay.
22         THE WITNESS:  I hear everybody -- I can hear
23     everybody fine.  So there's nothing on my end.
24         COURT REPORTER:  All right.  Just go slow.  I
25     can't understand you very well.  I can hear you fine,

Page 54

1  Mr. Lindke. You're coming in good from your car.
2  THE WITNESS: I found a good spot.
3  MR. SHOUDY: What I'm hearing is like a
4  distorted echo that happens.
5  COURT REPORTER: I hear that. It's a little
6  better now. All right. Let's try it again.
7  MR. SHOUDY: All right. Well, I'm almost
8  done anyway, so let me just look.
9  BY MR. SHOUDY:
10 Q. So on your profile, on your regular Kevin Lindke
11    profile, can you do the same, block people?
12 A. Yes, sir.
13 Q. And I assume you've done that from time to time?
14 A. Block people? Yeah. There's a few people I've had to
15    block over the years.
16 Q. Okay. And then do you also have the ability to delete
17    comments on your profile?
18 A. Yes, sir.
19 Q. And then on your group page, do you have the ability to
20    delete comments there as well?
21 A. Yes, sir.
22 Q. And do you have the ability to -- like on a group page,
23    do you have the ability to kick somebody out of the
24    group?
25 A. Yes, sir.

Page 55

1  Q. Do you have the ability to ban somebody from the
2     outside from posting?
3  A. Yes, sir.
4  Q. All right. And I assume all of those functions you've
5     exercised on your profile page as well as your group
6     page?
7  A. Yeah. But my -- my group page is different than Mr.
8     Freed's page. I have a group page. He has
9     basically -- it's -- it would be -- for lack of a
10    better term, it would be a business page, I guess.
11    They're just kind of structured differently.
12 Q. When you say a business page, are you referring to his
13    page or your --
14 A. His page.
15 Q. Gotcha. Okay. So your group page, like if somebody
16    posts something that's critical of you on there, you
17    can say you're not posting it on my page, I'm getting
18    rid of it?
19 A. Yes, sir.
20 Q. And you've done that, correct?
21 A. Yeah. It's very rare that I do that, but yeah.
22 Q. Okay.
23 A. It's more -- the only stuff I really ever take off my
24    page is if it's, you know, vulgar or it's, you know,
25    threatening, stuff of that nature. Everything else I

Page 56

1  kind of let slide. Because, you know, I believe in,
2  you know, just letting people, you know, put their
3  opinions out there and stuff of that nature. So as
4  long as it's not threatening or, you know, just
5  completely out of bounds, I let it ride.
6  MR. SHOUDY: All right. That's all the
7  questions I have at this time. Phil, I reserve the
8  right to ask some follow-up questions after he produces
9  the screen shots Kevin thinks he has.
10 MR. ELLISON: I have no objection to that, to
11 reserve the follow-up.
12 EXAMINATION
13 BY MR. ELLISON:
14 Q. Kevin, I've got a couple of quick questions for you
15    just to follow-up with this, and then we'll reserve the
16    balance of our questions for the motion or trial. But
17    I want to clear up a couple of points.
18    At one point you mentioned that you were cell
19    mates with Mr. Bauman.
20 A. Yes, sir.
21 Q. Okay. What were you in jail for?
22 A. That time, contempt of court.
23 Q. Okay. And the contempt of court was based on what?
24 A. I believe that time it was Judge Tomlinson threw me in
25    jail for ten days because me and some nonparty

Page 57

1  attorney -- well, actually though, Ambereen went into
2  court and caused a huge scene, and I got punished for
3  it. Ambereen Ahmed is my daughter's guardian ad litem
4  who was appointed by Judge Tomlinson.
5  Q. Would it be fair to say that every time that you've
6     been sentenced to jail by Judge Tomlinson it's been
7     related to either speech or online posts?
8  A. Yes, sir.
9  Q. Okay. You haven't threatened to kill anyone or cause
10    any violence or anything of that nature, correct?
11 A. No, sir.
12 Q. And you have an ongoing issue with child custody with
13    Judge Tomlinson as the judge on that particular case,
14    correct?
15 A. Yes, sir.
16 Q. The comments that you've made on Mr. Freed's Facebook
17    page that we've been talking about here today, were
18    those comments critical of Mr. Freed in his personal
19    capacity?
20 A. No. They were all with -- they were all about his
21    capacity as the city manager. And I believe that all
22    of them were just responses to posts he made concerning
23    the pandemic.
24 Q. And the comments that you made on Mr. Freed's Facebook
25    page, the city manager page, were they -- would you

Page 58

1 characterize those as being critical feedback of
2 Mr. Freed and Mayor Repp's actions involving COVID?
3 A. Correct.
4     MR. SHOUDY: I just want to put an objection
5 on the record there as to the form of the question and
6 foundation.
7 BY MR. ELLISON:
8 Q. Okay. Go ahead, Kevin.
9 A. Yeah. My comments on those pages were all responses
10 about their response to the pandemic.
11 Q. In your estimation, were any of those posts vulgar?
12 A. No, sir.
13 Q. Were they threatening?
14 A. No, sir.
15 Q. Did they otherwise ask someone to commit or otherwise
16 incite violence against Mr. Freed?
17 A. No, sir.
18 Q. All right. What did you hope to accomplish by making
19 the statements you did in the Facebook comments of Mr.
20 Freed's Facebook page?
21 A. Well, it was widely known in the community, and Mr.
22 Shoudy was aware of it, and a lot of other people, and
23 Mr. Freed himself and Mayor Repp, that I was running
24 for mayor, you know, last year. And, you know, part of
25 my campaigning was to kind of just highlight, you know,

Page 59

1 the city leadership's failure on, you know, an
2 unprecedented situation concerning COVID. And, you
3 know, I just -- as -- I was a disgruntled city resident
4 who didn't think that they were doing the things they
5 should to, you know, deal with the city and the stuff
6 of that nature. And, you know, as my -- throwing my
7 hat in the political ring, you know, I was just
8 campaigning a little bit I guess you could say and just
9 kind of let my feelings be known about what the current
10 mayor and the current city manager were doing or not
11 doing for city residents.
12 Q. When Mr. Freed turned off the ability to comment, what
13 did you understand -- or let me ask it this way. When
14 the comments were turned off, you were no longer
15 permitted to speak or communicate with Mr. Freed via
16 his Facebook page, correct?
17 A. Correct.
18 Q. That cut off an avenue of communication to a city
19 official, correct?
20 A. Correct.
21     MR. SHOUDY: Leading.
22     MR. ELLISON: I'm sorry, Todd?
23     MR. SHOUDY: I'm sorry. I'm trying to get my
24 objection in before he answers.
25     MR. ELLISON: That's fine. If it's after the

Page 60

1 fact, I have no problem with that. I know we're having
2 a little bit of a technical issue here today too I
3 hear. So go ahead.
4     MR. SHOUDY: Yeah. My objection was that
5 your question was leading. So I said the word leading
6 so I could get it on the record.
7 BY MR. ELLISON:
8 Q. Okay. Did Mr. Freed to your knowledge turn off
9 comments of other posters on his Facebook page?
10 A. I believe so. That story --
11 Q. Let me stop you right there, because I want to ask you
12 a quick question. How did you find out that there were
13 others that had their comments deleted off the Facebook
14 page?
15 A. They were publically posting about it on my group page
16 Through My Eyes. And some people said that it's been
17 an ongoing issue that they've personally had with Mr.
18 Freed long before me and Mr. Freed started engaging
19 with one another. And it wasn't just about the
20 pandemic. I know people have made comments just about
21 different city issues and stuff of that nature. They
22 would comment on Mr. Freed's official page. And if Mr.
23 Freed didn't like what was being said, he would delete
24 their comments and restrict their ability to comment on
25 his page.

Page 61

1 Q. And this was told to you by the folks that had their
2 comments deleted, yes or no?
3 A. Yes, sir.
4 Q. Okay. To your knowledge, has anyone told you that Mr.
5 Freed also blocked them from being able to speak
6 through Mr. Freed's Facebook page?
7 A. Yes. They've all said that basically with Mr. Freed
8 the issue I'm having with Mr. Freed as far as
9 commenting on the page and not being able to comment,
10 they are all experiencing the same -- the same issue.
11 And basically Mr. Freed behaved in the same way with
12 them as he has with me.
13 Q. Would those be the individuals that Mr. Shoudy put up
14 on the screen earlier that have been identified in the
15 initial disclosure by my office?
16 A. Yes, sir. And I believe there are some other people
17 too that had that issue, but they didn't want to be
18 wrapped up in any type of litigation or be involved in
19 any litigation for fear of -- for fear of what -- you
20 know, their perception is that certain city officials
21 or certain county officials would, you know, negatively
22 try to affect their lives if they attempted to, you
23 know, get involved in any of this.
24 Q. To your knowledge, were any of the posts that were
25 deleted by these third parties, were any of them

Page 62

1  vulgar, threatening or inciting violence in any way?
2  A. Not that I know of, no.
3  Q. Do you know about what standards or qualifications Mr.
4     Freed uses before deciding whether to terminate a
5     person's ability to comment on his Facebook page?
6        MR. SHOUDY: I'm going to object to the
7     foundation of that question.
8        MR. ELLISON: I'm just asking if he knows --
9     if he knows of any standards. So the answer would be
10    yes or no, I think.
11       MR. SHOUDY: You're asking him to speculate
12    as to what standards --
13       MR. ELLISON: I'm not asking him to
14    speculate. I'm asking him does he know of the
15    standards that Mr. Freed uses. And then my next
16    question if he does is to explain those.
17 BY MR. ELLISON:
18 Q. So Mr. Lindke, do you know of the standards that Mr.
19    Freed uses to decide whether to terminate someone's
20    ability to comment on the Facebook page?
21 A. I believe that --
22       MR. SHOUDY: Objection.
23       THE WITNESS: Oh, go ahead.
24       MR. ELLISON: I've got your objection. Let
25    me do it this way. Mr. Shoudy, I recognize your

Page 63

1  objection.
2  BY MR. ELLISON:
3  Q. Mr. Lindke, go ahead and answer.
4  A. I believe that Mr. Freed keeps anything positive said
5     about him and anything that could be construed as even
6     slightly negative about him or his leadership or his
7     position as city manager he deletes them, or any
8     negative comments about, you know, Mr. Shoudy's firm or
9     Mayor Repp or any of the judges. Basically it seemed
10    that Mr. Freed protects the good old boys network that
11    is operating within the city and the county. But when
12    you tell him what a great guy he is, he leaves all that
13    up.
14 Q. To your knowledge, has Mr. Freed ever publically
15    announced what those standards are of how he determines
16    what's a positive comment versus a negative comment?
17 A. Not to my knowledge.
18 Q. Is there any publication or policy or directive that
19    you know of that puts these standards into written form
20    to your knowledge?
21 A. Not to my knowledge.
22 Q. All right. Same question about whether to delete
23    comments. Do you know the policy or standard by which
24    he determines whose comments to delete?
25       MR. SHOUDY: Objection.

Page 64

1        THE WITNESS: I believe anything that's
2     critical or negative of him or anyone he's connected to
3     gets deleted.
4  BY MR. ELLISON:
5  Q. Now, when you made that comment about you're the ones
6     being deleted, that's based on your own observation and
7     understanding, correct?
8        MR. SHOUDY: Same objection.
9        THE WITNESS: Yes, sir. It's -- yeah. It's
10    just -- that's my opinion.
11 BY MR. ELLISON:
12 Q. Okay. So the point though is are you aware of any
13    written policy or directive or announcement that Mr.
14    Freed has made about which standard he uses whether to
15    delete comments?
16 A. No, sir.
17 Q. Before Mr. Freed suspended your ability or terminated
18    your ability to post comments on Facebook, did he give
19    you notice and the opportunity to object to that cause
20    of action and that process going forward?
21 A. No, sir.
22 Q. After he did so, did he give you any notice or
23    opportunity after the fact --
24 A. No, sir.
25 Q. -- to challenge his decision to remove you from being

Page 65

1     able to comment?
2  A. No, sir.
3  Q. All right. Same question about deleting comments. Did
4     he give you notice beforehand that he was going to
5     delete comments and gave you the opportunity to object
6     to that action?
7  A. No, sir.
8  Q. And what about after he deleted comments, did he ever
9     give you the opportunity to challenge or object to the
10    deletions so they could be restored?
11 A. No, sir.
12 Q. Okay. To your knowledge, has Mr. Freed ever posted
13    anything on Facebook indicating that this was in fact a
14    personal page as opposed to a city manager page?
15 A. Not to my understanding, no.
16 Q. There was no disclaimer or qualification on the page
17    that you're aware of?
18 A. Not that I -- no, not that I believe so. Or I do not
19    believe so.
20 Q. Since this lawsuit's been filed, has anything been
21    presented to you that would show that there was a
22    disclaimer or a qualification that this was a private
23    account?
24 A. No, sir.
25       MR. ELLISON: I'm going to reserve the

Page 66

1 balance of my questions for further affidavit, motion
2 practice and trial. I have no further questions.
3 Thank you.
4     MR. SHOUDY: Mr. Lindke, I have a few
5 follow-up questions.
6     REEXAMINATION
7 BY MR. SHOUDY:
8 Q. So when you use the phrase official Facebook page of
9    James Freed, you're talking about the Facebook page
10   that's entitled James R. Freed? I mean, there's only
11   one page we're talking about, correct?
12 A. Yes, sir.
13 Q. And it's the one that's entitled James R. Freed,
14   correct?
15 A. Yes, sir.
16 Q. Now, you said something that caught my attention. You
17   said that Mr. Freed deletes comments that are critical
18   of I think you said the good old boys and you
19   referenced my firm. What posts were made about my firm
20   on the Facebook page that were deleted?
21 A. I can't think of anything specifically.
22 Q. All right. Are you sure there were any such posts that
23   were about my firm on the Facebook page that were
24   deleted?
25 A. I mean, there may have been. Like I said, I just -- I

Page 67

1    don't recollect.
2 Q. All right. And then I know you mentioned the mayor.
3    But anyone other than the mayor that you recollect him
4    deleting a post that was critical of someone other than
5    Mr. Freed or the mayor?
6 A. Maybe about Randy Fernandez, the Marysville city
7    manager. But I don't think I posted anything. I'm
8    pretty sure that, you know, the scope of my posts on
9    Mr. Freed's page had to do with his pandemic response.
10   And that's basically it.
11 Q. Okay. So the deletions of posts that you're aware of
12   only pertain to the pandemic response?
13 A. Yeah, possibly.
14 Q. And you mentioned Randy Fernandez. Now, as I
15   understand it, you've been critical of Mr. Freed, you
16   know, some incident that occurred between him and Mr.
17   Fernandez?
18 A. That's my understanding. It's my understanding that
19   they were highly intoxicated at a golf outing, and Mr.
20   Freed ran into Mr. Fernandez with a golf cart and
21   severely injured him.
22 Q. All right. Where did you get that from?
23 A. It's, you know, widespread public knowledge around, you
24   know, the city and the county.
25 Q. So just word of mouth is what you're saying?

Page 68

1 A. Yes, sir. Yeah. And -- well, yeah, and from the Times
2    Herald. They tried to look into it, but your -- your
3    office I believe may have informed Mr. Freed to not
4    speak about it, and also Mr. Fernandez. It's -- it's
5    really weird that two city managers got shit-face drunk
6    and then one hits the other one and breaks his leg and
7    nobody's talking about it, publically anyway.
8 Q. Or maybe you don't have your facts right. But
9    anyway --
10 A. I mean, you could fill me in, Mr. Shoudy. You seem to
11   know. You could fill me in and, you know, I will make
12   the corrections on what really happened if you want to
13   give me some background.
14 Q. Well, there's a reason hearsay is inadmissible in
15   court, sir.
16      So the posts that you're making that are at
17   issue in this case --
18 A. Did Mr. Fernandez run over the little girl, or did I
19   get that one wrong, too?
20 Q. Mr. Lindke, going to my question, my question is am I
21   correct that your Facebook posts about Mr. Freed are
22   only disconnecting from the issues that you have
23   regarding your daughter? Am I correct on that?
24 A. Where at? I don't know -- I'm not really sure the
25   relevance of that question and what it has to do with

Page 69

1    anything I posted on -- I don't post anything about Mr.
2    Freed about my daughter on his page.
3 Q. So my question is the criticism that you had that you
4    say you were blocked from Mr. Freed's Facebook page has
5    nothing to do with the circumstances involving your
6    daughter, am I correct on that?
7 A. I believe so, yeah. I don't think I said anything
8    about my custody situation on his page.
9       MR. SHOUDY: Okay. Thank you, sir. That's
10   all I have.
11      (The deposition was concluded at 12:01 p.m.
12      Signature of the witness was not requested by
13      counsel for the respective parties hereto.)

```
                              Page 70
 1              CERTIFICATE OF NOTARY
 2   STATE OF MICHIGAN   )
 3                       ) SS
 4   COUNTY OF ST. CLAIR )
 5
 6         I, Valerie Jo Lohr, C.S.R., certify that this
 7   deposition was taken before me on the date hereinbefore
 8   set forth; that the foregoing questions and answers
 9   were recorded by me stenographically and reduced to
10   computer transcription; that this is a true, full and
11   correct transcript of my stenographic notes so taken;
12   and that I am not related to, nor of counsel to, either
13   party nor interested in the event of this cause.
14
15
16
17
18
19
20              [signature: Valerie Jo Lohr]
21
22              VALERIE JO LOHR, CSR-6212
23              Notary Public,
24              St. Clair County, Michigan
25              My commission expires:  May 23, 2027
```