MIED (Rev. 04/09/08) Notice of Appeal

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Kevin Lindke

              Plaintiff(s),                    Case No.  20-10872

v.                                   Mark A. Goldsmith

James R. Freed

              Defendant(s).

_____ /

## NOTICE OF APPEAL

Notice is hereby given that  Plaintiff Kevin Lindke  appeals to

the United States Court of Appeals for the Sixth Circuit from the:    ☑ Judgment    ☐ Order

☐ Other: _____

entered in this action on  September 27, 2021  .

Date:  September 27, 2021                /s/ Philip L. Ellison

Counsel is:  RETAINED

                                          P74117
Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $505.00 check payable to:  Clerk, U.S. District Court.