## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 12, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 21-2977, *Kevin Lindke v. James Freed*
Originating Case No. : 2:20-cv-10872

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Abby Bell Hahn
for Antoinette Macon, Case Manager

cc: Mr. Philip Lee Ellison
Ms. Katherine Fallow
Ms. Victoria Ferres
Ms. Stephanie Krent
Mr. Todd J. Shoudy

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-2977

_____

Filed: September 12, 2024

KEVIN LINDKE

    Plaintiff - Appellant

v.

JAMES R. FREED, in his official and personal capacities

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/21/2024 the mandate for this case hereby issues today.

COSTS: None