UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN LINDKE,
    Plaintiff,

v.

JAMES R. FREED,
in his personal and official
capacities,
    Defendants
_____/

Case No.: 20-cv-10872
Honorable Mark A. Goldsmith
Magistrate David R. Grand

**NOTICE**

| | |
|---|---|
| OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>Attorney for Plaintiff<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>(888) 398-7003 - fax<br>pellison@olcplc.com | TODD J. SHOUDY (P41895)<br>VICTORIA R. FERRES (P78788)<br>FLETCHER FEALKO SHOUDY &<br>FRANCIS, P.C.<br>Attorneys for Defendant<br>1411 Third Street, Suite F<br>Port Huron, Michigan 48060<br>(810) 987-8444<br>tshoudy@fletcherfealko.com<br>vferres@fletcherfealko.com |

### NOTICE OF NEW AUTHORITY

NOW COMES Plaintiff Kevin Lindke, by counsel, and gives notice of the issuance of new appellate authority. When this case was heard at the United States Supreme Court, it had a companion case, *O'Connor-Ratcliff v. Garnier*, from the Ninth Circuit. Both cases were jointly heard and later respectively remanded. On May 14, 2025, the Ninth Circuit issued its published opinion sustaining the First Amendment violation when applying

1

the new *Lindke* standard. A copy of the decision is provided to the Court in advance of the May 20, 2025 conference.

Date: May 16, 2025

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiff
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## LOCAL RULE CERTIFICATION

I, Philip L. Ellison, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3)."

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically emailed and sent via US mail the foregoing document to all counsel or parties of record.

| | |
|---|---|
| Date: May 16, 2025 | RESPECTFULLY SUBMITTED: |
| | /s/ Philip L. Ellison |
| | **OUTSIDE LEGAL COUNSEL PLC** |
| | **PHILIP L. ELLISON (P74117)** |
| | Counsel for Plaintiff |
| | PO Box 107 |
| | Hemlock, MI 48626 |
| | (989) 642-0055 |
| | pellison@olcplc.com |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com